Doc# : 2012028311
Page 2 of 2

Date: 03/16/2012    5:41PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
|---|
| THE UNITED STATES OF AMERICA, A PUBLIC TRUST |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

```
--------------------------
```
Additional collateral info
```
--------------------------
```
property of SECURED PARTY therein, thereto, and therefrom, now duly
administered  by The One Peoples Public Trust 1776, through its duly bonded

Trustees; NOTICE OF DULY BONDED TRUSTEE, duly served to any and all
necessary parties and to always be further noticed and evidenced by a True,

Accurate and Complete digital of original Trustees Bond and Oath duly
posted via the world-wide web, at the official website of The One Peoples
Public Trust 1776, www.peoplestrust1776.org, for all the World and Beings
to
rely upon.

Caleb Paul Skinner, natural man, DEBTOR, is corrected above due to
automated filing systems altering original capacity (ties) and standing(s),

correction SECURED PARTY, The United States of America, The One Peoples
Public Trust 1776, a public trust, and its beneficiaries, the original
states in national union.


```
--------------------------
--------------------------------
```
Debtor names added for indexing
```
--------------------------------
```
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

---

# ANNEX 26

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 26** | UCC record number 2012028314 | 1 - 2 |

Doc# : 2012028314

Date: 03/16/2012   6:11PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $      5.00
   E-RECORD            $     25.00
   ESURCHARGE          $      6.50

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05/04/2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR | **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]

OR | **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. TAX ID #: SSN OR EIN** | ADD'L INFO RE ORGANIZATION DEBTOR | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Additional Collateral of additional DEBTOR party, Hollis Randall Hillner, duly accepted by and in custody of The One Peoples Public Trust 1776, accepted from the date of issue, as follows:  Trustees Bond and Oath with issue number MB201201255-TBO3, duly executed and issued February 12, 2012, duly accepted by The One Peoples Public Trust 1776, with the terms and conditions as stated therein, and taken into physical custody on February 15, 2012, held by a duly bonded Trustee of The One Peoples Public Trust 1776; SECURED PARTY, perfected July 4, 1776, with all property and rights to property of SECURED PARTY therein, thereto, and therefrom, now duly

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR | **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
all rights reserved and without prejudice UCC 1-308 /s/ Heather Ann Tucci-Jarraf

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012028314
Page: 1 of 2
Date: 03/16/2012    6:11PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| --- | --- | --- |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---
Additional collateral info
---
administered by The One Peoples Public Trust 1776, through its duly
bonded Trustees; NOTICE OF DULY BONDED TRUSTEE, duly served to any and all

necessary parties and to always be further noticed and evidenced by a True,

Accurate and Complete digital of original Trustees Bond and Oath duly
posted via the world-wide web, at the official website of The One Peoples
Public Trust 1776, www.peoplestrust1776.org, for all the World and Beings
to
rely upon.

Hollis Randall Hillner natural man, DEBTOR, is corrected above due to
automated filing systems altering original capacity (ties) and standing(s),

correction SECURED PARTY, The United States of America, The One Peoples
Public Trust 1776, a public trust, beneficiaries, the original states in
national union.

---
---
Debtor names added for indexing
---
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A/ CHARLES C. MILLER

# ANNEX 27

**Case No. 1:17 mj-531**

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 27** | UCC record number 2012083304 | 1 - 8 |

Doc# : 2012083304
Date: 08/03/2012  2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING      $      5.00
    E-RECORD        $     25.00
    ESURCHARGE      $      6.50

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

UCC Doc #'s 2012079290 and 2012079322, and any and all therein, restated in their entirety and incorporated herein by reference as if set forth in full, now duly ratified and reconfirmed; Pursuant to the one people's standing, authority, value, rights, our principal of law knowingly, willingly and intentionally preserved and protected, in perpetuity, by notice to all beings and the world, being first implemented by International Law Ordinance cognizably noticed as the Constitution for the United States of America, 1791 as amended, and the lawful progeny jurisprudence thereof, internationally affirmed ordinances, starting July 4, 1776, and completed

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE ONE PEOPLE'S PUBLIC TRUST | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

without prejudice, ucc 1-308 /s/ Heather Ann Tucci-Jarraf, as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012083304
Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $      5.00
  E-RECORD          $     25.00
  ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE'S PUBLIC TRUST

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

-------------------------

Additional collateral info

-------------------------

March 1, 1781, ratified 1791, said never being rebutted, re-ratified by public declaration July 25, 2012, insured and governed by public policy, inclusive of UCC 1-103,  and any and all the United States of America Federal Government, UNITED STATES, United States, STATE OF . . ., State of

. ., and international equivalents:

Secured Party, through its bondservants, with all rights reserved and without prejudice, as promised and preserved by public policy, inclusive of

UCC 1-308,  and any and all the United States of America Federal Government, UNITED STATES, United States, STATE OF . . ., State of . . ., and international equivalents, BY AND WITH DUE AUTHORITY AND STANDING, as held in trust and administered by its Public Trust, through the actions of

its duly bonded Trustees, do now duly register and secure public notice of

the following Orders of Findings & Actions, FAO, Suspension, and Audit, all

issued on July 4, 2012, against DEBTOR, UNITED STATES and the several STATE

OF. . ., et. al., inclusive of all voluntary commercial indentures thereto,

thereof, and therefrom, for cause, NUNC PRO TUNC, PRAETEREA PRETEREA, all three Orders restated and incorporated here as if set forth in full, with further public notice made via posting said Orders on the world-wide web at

www.peoplestrust1776.org, the official website of The Public Trust, that is

under the sole possession and control of its duly bonded Trustees, Ordering

DEBTOR as follows:

The one people''s law is aligned with the laws of the creator;

The one people''s principle of law is aligned with common law;

---

Doc# : 2012083304
Date: 08/03/2012    2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $        5.00
  E-RECORD            $       25.00
  ESURCHARGE          $        6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

OR

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE ONE PEOPLE'S PUBLIC TRUST | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

WHEREAS IT HAS BEEN DULY FOUND said events of fact and allegations of wrong

doing constitute or appear to constitute breach of peace being made against

other world nations and their people as well as against the people who the

UNITED STATES and the several STATE OF . . . thereto, were created to
serve, the people of The United States of America; That said events of fact

and allegations have caused, and continue to cause, actual damage to
third-persons, the holdings within The Public Trust, and the beneficiaries

of The Public Trust and the people they serve;  That any and all wrong
doing
could have only been done by the mouth, hand, action or in-action of the
natural persons being voluntary commercial indentures to the UNITED STATES

and the several STATE OF . . . thereto, and The United States of America;

That all duties and obligations of the Offices, departments, divisions and

voluntary commercial indentures are bound to perform have been PREPAID by
the people of The United States of America;  That said payment was
PREVIOUSLY ACCEPTED AND TAKEN by Debtor;  That Debtor is unwilling or
incapable of providing services already paid for;  That Offices and
voluntary commercial indentures are required to act within the bounds of
the
terms, duties and obligations set forth by the people of The United States

of America and the several states of the union;  That equity of the people

of The United States of America is perfected as due, owing and collectible;

 That circumstances exist and there is demand and support for full audit,
review, equity calls and reconciliations of all known and unknown Offices,

voluntary commercial indentures, their duties, obligations, performances
thereto, operations thereof, accounts and ledgers of the UNITED STATES and

the several STATE OF . . . thereto, with those of the people of The United

Doc# : 2012083304
Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE'S PUBLIC TRUST

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional Information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

WHEREFORE IT IS DULY DECLARED that in order to respect, honor, and preserve

the almighty creation and sovereignty of the One people of the world, and
in doing so respecting, honoring and preserving the almighty creation and
sovereignty of the people of The United States of America, that an ORDER OF

SUSPENSION and an ORDER OF AUDIT shall be forthwith issued and followed out

of a necessity of absolute security with the authority and standing of
absolute right and duty, said having been accepted by the world and never
rebutted;

WHEREFORE IT IS DULY NOTICED AND ORDERED that this ORDER OF FINDING &
ACTION is effective immediately and shall remain in effect until such time

as it is superseded by subsequent duly authorized and bonded written ORDER

OF FINDING & ACTION; No such subsequent Order shall be issued until after
the completion of true, accurate, and complete audits of operations and
performance of the UNITED STATES and the several STATE OF . . . thereto and

that of any and all of its voluntary commercial indentures with full
publishing of said audit results and an appropriate review and commentary
period by the people of The United States of America;

WHEREAS IT IS DULY SERVED on all persons, natural and legal fiction, by
internal delivery methods as well as open notorious notice by publishing on

the world-wide web at www.peoplestrust1776.org ;

THEREFORE, PUSUANT TO THE FAO, UNITED STATES AND THE SEVERAL STATE OF . . .

THERETO , ARE FORTHWITH SUSPENDED AND CANCELED AS FOLLOWS:

1.   THAT any and all Offices, departments, agencies, divisions or
municipalities of the UNITED STATES and the several STATE OF . . . thereto,

are forthwith suspended; Any and all authority and protections that may
have been previously granted, especially those created by Executive Order,

~~are canceled or revoked, NUNC PRO TUNG; and~~

Doc# : 2012083304
Date: 08/03/2012    2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING           $      5.00
    E-RECORD             $     25.00
    ESURCHARGE           $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 12a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | THE ONE PEOPLE'S PUBLIC TRUST | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

previously granted, especially those created by Executive Order, are canceled or revoked, NUNC PRO TUNC; and,

3.   THAT any and all deputies, assigns, agents, contractors, or successors

of any and all voluntary commercial indentures or Offices of the UNITED STATES and the several STATE OF . . . thereto, especially those created by

Executive Order, are forthwith suspended without pay; Any and all authority

and protections that may have been previously granted are canceled or revoked, NUNC PRO TUNC; and,

4.   THAT any and all operations of the UNITED STATES and the several STATE

OF . . . thereto, are forthwith suspended without payment or collections; Any and all authority and protections that may have been previously granted

for said operations, especially those created by Executive Order, are canceled or revoked, NUNC PRO TUNC; and,

5.   THAT full, faith and credit, guarantees, by the people of The United States of America, made in the past or present, known or unknown, for any and all operations,  indentures, debentures, accounts, pledges, covenants,

contracts, signatures, hypothecations or other property(ies) (inclusive of

all chattels, general intangibles, payment intangibles) of the UNITED STATES
and the several STATE OF . . . thereto, are canceled for cause, NUNC PRO TUNC, PRAETEREA PRETEREA; Any and all authority and protections that may have been previously granted to allow or permit such guarantees to be made

on behalf of the people of The United States of America, especially those by
Executive Order, are canceled or revoked, NUNC PRO TUNC,  PRAETEREA PRETEREA.

***THIS ORDER OF SUSPENSION IS PREPAID, PREAUTHORIZED, AND PRE-APPROVED***

~~THEREFORE, PUSUANT TO THE FAO, UNITED STATES AND THE SEVERAL STATE OF . . .~~

Doc# : 2012083304
Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE'S PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. AUDIT, with the full cooperation of the CFO and bonded assurances of the Data Integrity Board, of any and all Offices, departments, agencies, divisions, municipalities and legal fictions of the UNITED STATES and the several STATE OF . . . thereto, especially those created by Executive Order,
NUNC PRO TUNC; and,

2. AUDIT, with the full cooperation of the CFO and bonded assurances of the Data Integrity Board, of any and all voluntary commercial indentures of

the UNITED STATES and the several STATE OF . . .  thereto, especially those

created by Executive Order, NUNC PRO TUNC; and,

3. AUDIT, with the full cooperation of the CFO and bonded assurances of the Data Integrity Board, of any and all deputies, assigns, agents, contractors, or successors of any and all voluntary commercial indentures or
Offices of the UNITED STATES and the several STATE OF . . . thereto, especially those created by Executive Order, NUNC PRO TUNC; and,

4. AUDIT, with the full cooperation of the CFO and bonded assurances of the Data Integrity Board, of any and all operations and transaction of or operated by the UNITED STATES and the several STATE OF . . . thereto, especially those created by Executive Order, NUNC PRO TUNC; and,

5. AUDIT, with the full cooperation of the CFO, FEDERAL RESERVE BANKS, and

bonded assurances of the Data Integrity Board, of any and all bookkeeping of transactions, operations, and current funds issued, originally or otherwise, known and unknown, that were marketed, sold, issued, or otherwise
made to exist with the guarantee of the people of The United States of America, under UNITED STATES and the several STATE OF. . . thereto, especially those done so by Executive Order, NUNC PRO TUNC, inclusive of any
and all operations, indentures, debentures, accounts, pledges, covenants,

contracts, signatures, hypothecations or other property(ies) (inclusive of

~~all chattels, general intangibles, payment intangibles) of the UNITED~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012083304
Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
 PROCESSING   $  5.00
 E-RECORD    $  25.00
 ESURCHARGE   $  6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR  THE ONE PEOPLE'S PUBLIC TRUST

12b. INDIVIDUAL'S LAST NAME   FIRST NAME   MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

\*\*\*THIS ORDER OF AUDIT IS PREPAID, PREAUTHORIZED, AND PRE-APPROVED\*\*\*

DULY EFFECTIVE AND DONE July 4, 2012, and RESTATED, RE-RATIFIED,
RECONFIRMED, RE-DECLARED AND RE-NOTICED, EFFECTIVE THIS 3rd Day of August,

2012, by our bond and oath, evidenced by our original signature and seal,

made knowingly, willingly and intentionally, with unlimited liability,
being
of absolute capacity and responsibility, sworn under the penalties of
perjury governed under the laws of our creator, Duly ratified; without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:  /s/ Heather Ann
Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee /s/ Hollis
Randall Hillner, as Trustee; Duly Reconfirmed, UCC 1-308: /s/ Heather Ann
Tucci-Jarraf, as Secured Party; /s/ Caleb Paul Skinner, as Secured Party
/s/
Hollis Randall Hillner, as Secured Party; Duly Verified by: /s/ Heather Ann

Tucci-Jarraf, as Bondservant; /s/ Caleb Paul Skinner, as Bondservant;  /s/

Hollis Randall Hillner, as Bondservant;

Additional Secured Party, the creator of the one people; Additional Debtor

Party, the one people created by the creator, domicil by creation in their

body, the body domicil by choice on the lands and seas domicil by creation

on and in earth; The United states of America 1781 construction, original
national state; Said Parties corrected above due to automated filing
systems
altering original capacity(ies) and standing(s), correction

--------------------------------------------------
Debtor names added for indexing
--------------------------------------------------
~~CHARLES G. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]~~

Doc# : 2012083304
Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE'S PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
|  |  |  |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

--------------------------------

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
ANY AND ALL OF THE SEVERAL 'STATE OF. . .'

# ANNEX 28

**Case No. 1:17 mj-531**

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 28** | UCC record number 2012086794 | 1 - 10 |

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING     $     5.00
   E-RECORD        $    25.00
   ESURCHARGE     $     6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor **or** ☐ Secured Party of record. Check only **one** of these two boxes.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME |
| --- |

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- | --- |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |
| --- |
| CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] |

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- | --- |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
| --- | --- | --- | --- | --- | --- |
| | | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only **one** box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, perpetuity UCC Doc # 2000043135, amended only to add additional collateral:

Secured Party, through its bondservants, and pursuant to the one people's standing, authority, value, rights, and principal of law which is aligned with common law, do here and now declare, notice and secure for all beings and the world to rely upon as follows:

BY AND WITH DUE AUTHORITY AND STANDING, as held in trust and administered

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |
| --- |
| THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR |

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- | --- |

**10. OPTIONAL FILER REFERENCE DATA**

without prejudice: /s/ Heather Ann Tucci-Jarraf, as the one people, bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---------------------------
Additional collateral info
---------------------------

by its Public Trust, through the actions of its duly bonded Trustees,
pursuant to the findings and action of suspension and audit, duly
registered, secured and entered by public notice, UCC Doc # 2012083304,
Receipt No. 1240396, against DEBTOR, UNITED STATES and the several STATE
OF.

. ., inclusive of any and all Offices of  UNITED STATES and the several
STATE OF . . . thereto, inclusive of any and all voluntary commercial
indentures, inclusive of Congress,  the President, Secretary of State, and

Secretary of Treasury, especially the armed forces, especially inclusive of

the military, BARACK OBAMA, HILLARY CLINTON AND TIMOTHY GEITHNER, any and
all deputies, assigns, agents, contractors, or successors of any and all
voluntary commercial indentures or Offices, inclusive of any and all the
Offices, departments, divisions, agencies and other entities, known and
unknown, or otherwise existing under the color of Debtor, especially those

created by Executive Order,  of  UNITED STATES and the several STATE OF . .

. thereto, otherwise presenting and representing under the color of
government(s) and other systems of the one people domicil by choice on the

several united states of America, and any and ALL identifiers,
abbreviations, idem sonans (not described ante), hereafter Debtor; Debtor,

by all its representations having been previously accepted and relied upon

in good faith as the sworn guard of said one people; Said acceptance and
reliance made and ratified in good faith by the one people domicil by
choice
on the several united states of America, the one people domicil by choice
on the lands and seas domicil by creation on and in earth, all beings and
the world; Said Orders issued for cause, NUNC PRO TUNC, PRAETEREA PRETEREA,

restated and incorporated here as if set forth in full, with further public

notice made via posting said Orders on the world-wide web at

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $      5.00
  E-RECORD          $     25.00
  ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
|---|
| THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
|  |  |  |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

www.peoplestrust1776.org, the official website of The Public Trust, that is

under the sole possession and control of its duly bonded Trustees;

Said reviews and audits having been duly made as Ordered, it is absolutely

determined that said Debtor, possible only by the hand and energy of said
voluntary commercial indentures thereto, knowingly, willingly and
intentionally commit false representations, presentations, wrongdoing to
the
damage of the one people domicil by choice on the several united states of

America, and the one people domicil by choice on the lands and seas domicil

by creation on and in earth; Specifically, said did and do knowingly,
willingly and intentionally commandeer the government(s), other systems and

the value of the one people domicil by choice on the several united states

of America without the knowing, willing and intentional consent of said one

people as follows:

A.  WHEREAS the body of the one people domicil by choice on the several
united states of America did chose and authorize government(s) and other
systems, inclusive of any and all their voluntary commercial indentures,
bound thereunder by their oath, their bond, to the Order for lawful
performance, administration and management of certain duties and
obligations
thereof to said one people, inclusive of protecting said one people''s
authority, standing, value, rights, and principles of law, aligned with
common law; Said government(s) and systems created with the purpose and
intent that they exist and operate for said one people''s sole benefit by
their sole authority; That said government(s) and systems did and do honor

and respect the authority, standing, value, rights, and principle of law,
aligned with common law, of all the one people, domicil by creation in
their
bodies, and their bodies domicil by choice on the lands and seas domicil by

~~creation on and in earth; Aforesaid sworn under the penalty of perjury~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING        $      5.00
   E-RECORD          $     25.00
   ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
|---|
| THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

officers,
inclusive of their employees, agents, and contractors, all answerable to
their sole principal, the one people domicil by choice on the several
united
states of America;

2. Whereas said voluntary commercial indentures were authorized to operate

said government and other systems pursuant to the terms and conditions as
originally set forth by certain constitution and bill of rights;
Especially,
under notice of term to honor and respect the authority, standing, value,
rights, and principle of law, aligned with common law, of all the one
people, domicil by creation in their bodies, with further notice of term
that all bodies are created equal by the creator, regardless of domicil by

choice on the lands and seas domicil by creation on and in earth;

3. Whereas said constitution and bill of rights were publicly declared to

Debtor, all beings and the world, and entered into International Law
Ordinance cognizably noticed as the Constitution for the United States of
America, 1791 as amended, and the lawful progeny jurisprudence thereof,
internationally affirmed ordinances, starting July 4, 1776, and completed
March 1, 1781, ratified 1791, never rebutted, re-declared, re-confirmed,
re-ratified, and re-noticed by public declaration and notice, by registered

on July 25, 2012, on the official Uniform Commercial Registry, UCC Doc #''s

2012079290 and 2012079322, all restated in their entirety and incorporated

herein by reference as if set forth in full, again, never rebutted;
hereafter, Declaration of Commercial Claim;

4. Whereas said Debtor, with due notice of Declaration of Commercial
Claim, did and do knowingly, willingly and intentionally pledge their body,

by oath, their bond, as domicil by creation in their body, to the service
of certain duties and obligations to the one people domicil by choice on
the
~~several united states of America, to perform said certain duties and~~

Doc# : 2012086794
Date: 08/15/2012    8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

PROCESSING              $      5.00
E-RECORD                $     25.00
ESURCHARGE              $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

commercial indentures, occupying said one people''s various official offices
of government(s) and other systems, or otherwise taking and receiving a
benefit prepaid therefrom; NUNC PRO TUNC PRAETEREA PRETEREA;

B. Whereas said Debtor, NUNC PRO TUNC, with due notice of Declaration of
Commercial Claim, did and do demand, authorize, or otherwise take payment
for their promise to perform certain services, duties and obligations under

constitution while at the same time they did and do adopt or otherwise
authorize, implement, maintain and protect private systems that usurp,
invade and violate the one people domicil by choice on the several united
states of America, and said one people''s standing, authority, value,
rights, and principle of law, their principle of law that is aligned with
common law, preserved and protected by said certain constitution and bill
of
rights duly entered into International Law Ordinance; hereafter deceptive
acts and practices; By said deceptive acts and practices, did and do force

and coerce the one people, inclusive of those domicil by choice on the
several united states of America, under duress to use said private systems

by unlawful commandeer of said one people''s government(s) and system(s),
especially and any and all private money systems, issuing, collection,
legal
enforcement systems, operating SLAVERY SYSTEMS, to enforce or as threat of

enforcement against the very principal who granted them authority to exist

and operate:

1. Whereas said Debtor, with due notice of Declaration of Commercial
Claim, did perform said deceptive acts and practices either by: (a)
knowingly, willingly and intentionally abandoned the performance of their
service, duties, and obligations to the people domicil by choice on the
several united states of America, to adhere to the Enemies, the private
systems, and the owners and beneficiaries of said private systems, giving
them Aid and Comfort by adopting or otherwise authorizing, implementing,
maintaining and protecting said private systems to exist within said one
people''s government(s), thereby serving and protecting said private
systems'' owners and beneficiaries thereof, hereafter foreign principal, to

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
| --- |
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR  THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| --- | --- | --- |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

granted them authority to exist and operate to begin with, without ability

to claim duress or other defense as a matter of public policy, especially
when they failed to give said principal due public disclosure and notice of

any and all events and moments of duress, coercion and force to serve an
undisclosed foreign principal; or, (b) knowingly, willingly and
intentionally did and do fail to preform their service, duties, and
obligations to the people domicil by choice on the several united states of

America, when they adopt or otherwise authorize, implement, maintain and
protect said private systems, and its foreign principals, to the damage of

the voluntary commercial indentures'' sole principal who granted them
authority to exist and operate to begin with, the one people domicil by
choice on the several united states of America, without said voluntary
commercial indentures ability to claim duress or other defense as a matter

of public policy, especially when they failed to give their said principal

due public disclosure and notice of any and all events and moments of
duress, coercion and force to serve an undisclosed foreign principal; and,

said creators, owners and operators knowingly, willingly, and
intentionally,
taking or receiving an unlawful benefit by means of creating, conspiring,
or otherwise supporting said deceptive acts and practices while all the
while having had due notice of said Declaration of Commercial Claim;

2.  Whereas said Debtor, with due notice of Declaration of Commercial
Claim, did or do knowingly, willingly, and intentionally, without lawful
consent, commandeer said one people''s government(s) and other systems of
said one people, for the purpose and action commandeering, converting, and

transferring the value of said one people, and others similarly situated,
effectively serving foreign principal(s), resulting in the breach of peace,

and other heinous crimes, committed against and to the damage of the one
people domicil by choice on the several united states of America and those

~~domicil by choice, and against and to the damage of those of the one people~~

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) |
|---|

OR

| 12a. ORGANIZATION'S NAME |
|---|
| THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

C.  Whereas the one people, all beings and the world can and do rely upon the proof of  Debtor''s knowing, willing and intentional false presentations, representations, and wrongdoings, inclusive of any and all deceptive acts and practices, to usurp, violate and invade said one people,

and other of the one people domicil by choice on the lands and seas domicil

by creation on and in earth, their authority, standing, value, rights, and

principles of law; Specifically they did and do commandeer the government(s) and other systems of and pre-paid by said one people in order

to commandeer the value of said one people, and others similarly situated,

as being a matter of fact, said deceptive acts and practices having been duly recorded and unlawfully entered in International Law Ordinances, without the knowing, willing, and intentional consent of said one people, enacted under the guise of treaty process, and other government(s) and systems processes, inclusive of the legal processes, to enact, support, institute and perform said deceptive acts and practices against the one people, inclusive of the Constitution of The United Nations Industrial Development Organization, Treaty Doc. No. 97-19, U.S. Government Printing Office, Washington, 1981, form 89-1180, hereafter UNIDO, Membership to and

acceptance of the Charter of the United Nations, especially the oath required to be knowingly, willingly and intentionally made and given by any

and all members and participants in United Nation activities, hereafter UN,

and any and all special agencies, and recent certain declarations of admission of wrongdoing made under perceived authority or color of authority, or otherwise those receiving a benefit thereto, therefrom, therewith, and thereof, and any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS; Further proof of said wrongdoings and deceptive acts and practices, especially commandeered units of value, their conversion, and transfer by commandeered

transfer and tracking systems pre-paid by said one people and those one people domicil by choice on the lands and seas domicil by creation on and in

earth, being committed as a matter of fact, duly recorded and reported by

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | |
| 2000043135 | |

| PROCESSING | $ | 5.00 |
|---|---|---|
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

12. NAME of PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

United States of America Federal Government, UNITED STATES, the several
STATE OF . . ., and other franchises, affiliates, agents, contractors,
subsidiaries and other off-book entities related or otherwise receiving a
benefit thereto, thereof, therefrom and therewith;

D. Whereas the one people, all beings and the world can and do rely upon
the proof as ntered into public registration of said private systems and
their owners, inclusive of any and all private money systems, issuing,
collection, legal enforcement systems, operating SLAVERY SYSTEMS knowingly,

willingly, and intentionally falsely representing, presenting, creating,
operating or otherwise taking or receiving a benefit from said SLAVERY
SYSTEMS commandeering the government(s) and systems of the one people
domicil by choice on the several united states of America, and those
similarly situated, and usurping, violating, and invading their said
standing, authority, value, rights, and principle of law, by their knowing,

willing, and intentional violation in bad faith of  entered International
Law Ordinance, specifically the offer and process  of remedy and
reimbursement, whether for commandeered units or otherwise, promised and
preserved, inclusive of  Form 1099 C, OMB No. 1545-1424, form 1096, OMB No.

1545-0108, Form 1099 A, OMB No. 1545-0877, Form 1096 OMB No. 1545-0108,
said process of remedy and reimbursement further published by The Public
Trust, by the duly bonded Trustees, under full personal liability, under
the
penalty of perjury under the laws of the creator with the aforesaid being
true and correct  at  www.peoplestrust1776.org;

WHEREFORE IT IS DULY DECLARED, NOTICED, ORDERED, and ENTERED BY PUBLIC
REGISTRATION for all beings and the world to rely upon, effective
immediately, UPON THESE FINDINGS THAT FURTHER ACTION AGAINST DEBTOR IS
REQUIRED AND ORDERED FOR CAUSE:  for the basis stated herein, restated now,

The Public Trust, by its duly bonded Trustees, under full personal
liability, under the penalty of perjury under the laws of the creator with

the aforesaid being true and correct  at  www.peoplestrust1776.org, shall
duly issue and publicly register against the Debtor, as herein identified,

restated now, an Order of Termination of Employment of Debtor, an Order of

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

an Order of Cancellation of Any and All Treaties and Memberships to Private

Systems, and an Equity Call for all Commandeered Value and Systems.  These

said Orders are pre-paid, pre-authorized, and pre-approved.

WHEREAS IT IS DULY SERVED on all persons, natural and legal fiction, by
internal delivery methods as well as open notorious notice by public
registration and by publishing on the world-wide web at
www.peoplestrust1776.org ;

DULY EFFECTIVE AND DONE August 15, 2012, and RESTATED, RE-RATIFIED,
RECONFIRMED, and VERIFIED, by our bond and oath, evidenced by our original

signature and seal, made knowingly, willingly and intentionally, with
unlimited personal liability, being of absolute capacity and
responsibility,
sworn under the penalties of perjury governed under the laws of our
creator, Duly ratified; without prejudice as promised, preserved and
protected by public policy, inclusive of UCC 1-308, and any and all the
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . ., State of . . ., and international equivalents, hereafter
UCC
1-308: Duly issued by: /s/ Heather Ann Tucci-Jarraf, as the one people
domicil by choice on the several united states of America; /s/ Caleb Paul
Skinner, as the one people domicil by choice on the several united states
of
America; /s/ Hollis Randall Hillner, as the one people domicil by choice on

the several united states of America; Duly Reconfirmed, UCC 1-308: /s/
Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee;
/s/ Hollis Randall Hillner, as Trustee; Duly Verified and insured by: /s/
Heather Ann Tucci-Jarraf, as Bondservant; /s/ Caleb Paul Skinner, as
Bondservant;  /s/ Hollis Randall Hillner, as Bondservant;

the one people created by the creator, domicil by creation in their body,
the body domicil by choice on the lands and seas domicil by creation on and

in earth; the one people domicil by choice on the several united states of

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME

THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional Information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

```
------------------------------------------------
Debtor names added for indexing
------------------------------------------------

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
the several united STATE OF . . . thereto
---------------------------
------------------------------
Debtor names added for indexing
------------------------------

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
THE SEVERAL UNITED STATE OF . . . THERETO
```

# ANNEX 29

**Case No. 1:17 mj-531**

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 29** | UCC record number 2012086802 | 1 - 6 |

Doc# : 2012086802
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING         $     5.00
   E-RECORD           $    25.00
   ESURCHARGE       $     6.50

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME |
| --- |

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |
| --- |
| CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] |

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, perpetuity UCC Doc # 2000043135, amended only to add additional collateral:

Pursuant to Findings and Orders, publicly registered and secured, UCC Doc. # 2012086794 with Receipt No. 1242796, restated and incorporated here by reference as if set forth in full;

WHEREAS DAMAGE IS A MATTER OF PUBLIC RECORD, for the basis stated in UCC Doc. # 2012086794, restated here, that any and all promises to perform said

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |
| --- |
| THE ONE PEOPLE'S PUBLIC TRUST, 1776 |

OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

all rights reserved without prejudice: /s/Heather Ann Tucci-Jarraf, as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012086802
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME

OR    THE ONE PEOPLE'S PUBLIC TRUST, 1776

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
--------------------------
Additional collateral info
--------------------------
```

certain duties and obligations by Debtor , inclusive of any and all the
Offices, departments, divisions, agencies and other entities,  known and
unknown, or otherwise existing under the color of Debtor, especially those

created by Executive Order, are bound to deliver said performance and have

been PREPAID by the one people domicil by choice on the several united
states of America to do so;  That said taking by Debtor, NUNC PRO TUNC, was

made under due notice of Declaration of Commercial Claim; That said Debtor

is incapable or unwilling to perform, or otherwise act within the bounds of

the terms, duties and obligations set forth by the one people domicil by
choice on the several united states of America;  That the damage and
commandeered value of said one people exceeds $5,000,000,000.00 (Five
Billion) lawful money of the united states of America, pre-1933, per every

one of said one people; That equity of said one people, and those similarly

situated, is perfected as immediately due, owing and collectible due to
Declaration of Commercial Claim having been duly made, entered, accepted,
re-confirmed, re-noticed, and never rebutted;

WHEREFORE IT IS DULY DECLARED, NOTICED, ORDERED, and ENTERED BY PUBLIC
REGISTRATION for all beings and the world to rely upon, effective
immediately, against Debtor, NUNC PRO TUNC:

1. TERMINATION OF EMPLOYMENT OF DEBTOR FOR CAUSE:  for the basis stated in

UCC Doc. #  2012086794, restated here, Debtor, is terminated; Said
termination being irrevocably reversible only upon bond and oath, made to
the one people, subordinate to no other master and otherwise not subjected

to any inferior bond and oath to another; Said bond and oath to be duly made
and declared, with full personal liability, noticed by any and all

Doc# : 2012086802
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

PROCESSING          $      5.00
E-RECORD            $     25.00
ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 12a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | THE ONE PEOPLE'S PUBLIC TRUST, 1776 | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional Information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

voluntary commercial indentures to said one people, and duly secured by The

Public Trust, through its duly bonded Trustees, under their full personal
liability; Said bond and oath made as is published by The Public Trust;

***THIS ORDER OF TERMINATION IS PREPAID, PREAUTHORIZED, AND PRE-APPROVED***


2.   CANCELLATION OF OPERATIONS AND REVOCATION OF AUTHORITY FOR DEBTOR TO
EXIST FOR CAUSE:  for the basis stated in UCC Doc. # 2012086794, restated

here, Debtor''s authority to exist and operate in any form is canceled;
Said
cancellation being irrevocably reversible only upon bond and oath being
duly made, declared, and noticed as set forth in  1. TERMINATION OF
EMPLOYMENT FOR CAUSE section herein; AND BY SUBSEQUENT VALID ORDER DULY
ISSUED and NOTICED BY PUBLIC REGISTRATION by The Public Trust, through its

duly bonded Trustees, under their full personal liability;

***THIS ORDER OF CANCELLATION IS PREPAID, PREAUTHORIZED, AND
PRE-APPROVED***

3.   CANCELLATION OF ANY AND ALL TREATIES and MEMBERSHIPS TO PRIVATE SYSTEMS

FOR CAUSE:   for the basis stated in UCC Doc. # 2012086794, restated here,

any and all treaties and memberships to private systems made, entered into,

or otherwise having Debtor as a signatory party thereto, are canceled; Said

cancellation being irrevocably reversible only upon the parties and
signatories to any and all treaties and private systems duly declaring,
noticing and publicly registering their acceptance of the standing,
authority, value, rights, and principle of law, common law, of the one
people, domicil by creation in their bodies, their bodies domicil by choice

on the lands and seas domicil by creation on and in the earth, bondservants

to the creator, and delivering said due declaration and notice to The
~~Public Trust, said being ratified only upon being duly secured through The~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086802
Date: 08/15/2012    8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE'S PUBLIC TRUST, 1776

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

***THIS ORDER OF CANCELLATION IS PREPAID, PREAUTHORIZED, AND PRE-APPROVED***

4. EQUITY CALL IS MADE FOR CAUSE: for the basis stated in UCC Doc. # 2012086794, restated here, the one people domicil by choice on the several

united states of America, do make the equity call of any and all commandeered value and systems, especially the armed forces, inclusive of the military, of said one people, FULLY LIENED FOR VALUE, perfected as immediately due, owed, and collectible, for failure to render services, duties, and obligations prepaid by the one people, domicil by choice on the

several united states of America, BY DUE DECLARATION OF COMMERCIAL CLAIM, UNDERWRITTEN, PRESERVED, PROTECTED, AND ENTERED INTO INTERNATIONAL LAW ORDINANCE, by public policy, no signature necessary, funds guaranteed by issuer of Acceptance Performance Bond, The Public Trust, insured by the bond, oath and value of its duly bonded Trustees, made with unlimited personal liability, thereof; Said equity call duly issued, guaranteed, insured, and re-confirmed against Debtor as identified herein, restated here, by the undersigned in their stated capacities; THE C.F.O. AND DATA INTEGRITY BOARD, are hereby ordered to FORTHWITH surrender all tracking, transfer, and ledger systems so that The Public Trust may make a true, accurate, and complete audit, transfer(s) by ledger accordingly, from any and all treasuries acting as custodian to said value and systems, for payment in full therefrom, without hinder or delay, pursuant to any and all

deposit and transfer orders, and any and all documents, files, and accounts

referenced and incorporated therein, as if set forth in full, with duly bonded authority and standing of any of the one people domicil by choice on

the several united states of America, NUNC PRO TUNC PRAETEREA PRETEREA; Any

and all set-offs, if any, of any and all  liabilities of Debtor to be duly

determined and made at the discretion of The Public Trust, through its duly

bonded Trustees, under full personal liability, evidenced solely by their signatures and seals, duly publicly registered and secured therefrom;

***THIS EQUITY CALL IS PREPAID, PREAUTHORIZED, AND PRE-APPROVED***

Doc# : 2012086802
Page: 1 of 2
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $      5.00
   E-RECORD            $     25.00
   ESURCHARGE          $      6.50

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE'S PUBLIC TRUST, 1776

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

www.peoplestrust1776.org ;

DULY EFFECTIVE AND DONE August 15, 2012, and RESTATED, RE-RATIFIED,
RECONFIRMED, and VERIFIED, by our bond and oath, evidenced by our original

signature and seal, made knowingly, willingly and intentionally, with
unlimited personal liability, being of absolute capacity and
responsibility,
sworn under the penalties of perjury governed under the laws of our
creator, Duly ratified; without prejudice as promised, preserved and
protected by public policy, inclusive of UCC 1-308, and any and all the
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . ., State of . . ., and international equivalents, hereafter
UCC
1-308: Duly issued by: /s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb

Paul Skinner, as Trustee; /s/ Hollis Randall Hillner, as Trustee; Duly
Authorized, Ordered and Reconfirmed by:  /s/ Heather Ann Tucci-Jarraf, as
the one people domicil by choice on the several united states of America;
/s/ Caleb Paul Skinner, as the one people domicil by choice on the several

united states of America; /s/ Hollis Randall Hillner, as the one people
domicil by choice on the several united states of America; Duly Verified,
insured and guaranteed by: /s/ Heather Ann Tucci-Jarraf, as Bondservant;
/s/
Caleb Paul Skinner, as Bondservant;  /s/ Hollis Randall Hillner, as
Bondservant;

the one people created by the creator, domicil by creation in their body,
the body domicil by choice on the lands and seas domicil by creation on and

in earth; the one people domicil by choice on the several united states of

America;  The United states of America 1781 construction, original national

state; Said Parties corrected above due to automated filing systems
altering original capacity(ies) and standing(s), correction

------------------------------------------------

Debtor names added for indexing

**FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)**

Doc# : 2012086802
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING              $        5.00
    E-RECORD               $       25.00
    ESURCHARGE             $        6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

    2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE ONE PEOPLE'S PUBLIC TRUST, 1776 | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

OR

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

the several united STATE OF . . . thereto
-------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
THE SEVERAL UNITED STATE OF . . . THERETO

# ANNEX 30

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 30** | UCC record number 2012088865 | 1 - 6 |

Doc# : 2012088865
Date: 08/21/2012   1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $      5.00
   E-RECORD            $     25.00
   ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR    CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE:  UCC Doc. # 2000043135, the perpetuity hereby amended only to include the following additional collateral;

NOTICE OF EQUITY CALL GRANTED and ORDER FOR RECONCILATION, notice by public registration by the states of body and Trustees identified therein, UCC Doc. # 2012088851with Receipt No. 1244269, August 21, 2012, restated and incorporated here by reference as if set forth in full, hereafter referred to as Claim & Demand, duly accepted and ratified by the undersigned

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR    BONDSERVANTS OF THE CREATOR, SECURED PARTY | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

without prejudice: /s/ Heather Ann Tucci-Jarraf, as Trustee/as bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012088865
Date: 08/21/2012   1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $     5.00
  E-RECORD            $    25.00
  ESURCHARGE          $     6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**

OR | BONDSERVANTS OF THE CREATOR, SECURED PARTY

**12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

```
--------------------------
Additional collateral info
--------------------------
```

bondservants, as declared and verified, duly secured thereby, under
principle of law aligned with common law under the laws of the creator,
protected by public policy, inclusive of UCC 1-103, and any and all the
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . ., State of . . ., and international equivalents, hereafter
UCC
1-103, duly entered as follows: ;

WITH FULL STANDING AND AUTHORITY, FOR CAUSE AS STATED by said Claim &
Demand, RECONCILIATION IS DULY ORDERED by the undersigned bondservants;
Said
bondservants do knowingly, willingly and intentionally, under bond duly
secured and made with full personal liability, DECLARE the aforesaid
findings of fact to be found true, accurate and complete FOR CAUSE,
especially the knowing, willing, and intentional unlawful intent,
transactions, and transfers by certain states of body, damages existing
therefrom, all with due notice of Declaration and opportunity to cure
absolutely made, and pursuant to the declared principle of law aligned with

common law under the laws of the creator, we do now ORDER that an immediate

true, accurate and complete RECONCILLIATION be made to the creator by the
superior bookkeeper as follows:

1. THAT for the highest good of all, each state of body, it is no longer
sufficient to only consciously enter and preserve by perpetuity the
guarantee of said gift of right of opportunity to balance, restated here,
without maintaining a guard intent on the will of the creator to duly
protect and enforce said guarantee and right; THEREFORE, by POWER OF
DECLARATION and ORDER, the certain states of body previously tasked as said

guard are relieved of said duty and replaced thereby FOR CAUSE;

2. THAT any and all equity and damages are a matter of public record, duly

noticed by public registration, UCC Doc. #''s 2012086794 and 2012086802,

---

Doc# : 2012088865
Date: 08/21/2012   1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | |
|---|---|
| PROCESSING | $ 5.00 |
| E-RECORD | $ 25.00 |
| ESURCHARGE | $ 6.50 |

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

12a. ORGANIZATION'S NAME

OR — BONDSERVANTS OF THE CREATOR, SECURED PARTY

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

restated and incorporated here by reference as if set forth in full, as declared herein, restated here; Said equity and damages are perfected as immediately due, owed and collectible; That said damages do exceed the certain sum of $5,000,000,000.00 (Five Billion) lawful money of the united

states of America per every one of the injured states of body; That said equity do exceed the certain sum of $5,000,000,000.00 (Five Billion) lawful

money of the united states of America per every one of the states of body,

NUNC PRO TUNC;

3. THEREFORE, by POWER OF DECLARATION and ORDER, pursuant to common law under the laws of the creator, FOR CAUSE, said value, equity, in the certain
sum value of $5,000,000,000.00 (Five Billion) lawful money of the united states of America per every one of the states of body created by the creator, is now effectively and actually RETURNED to said states of body by

the superior bookkeeper and automatically ledgered accordingly; Said damages in the certain sum of $5,000,000,000.00 (Five Billion) lawful money

of the united states of America per every one of the injured states of body

are effectively and actually PAID by superior bookkeeper and automatically

ledgered accordingly into said injured states of body; Any and all value claimed over and beyond said certain sums, or otherwise values not presented
by the original state of body wherein they were domicil by creation, said value and said presentations are null, void and worthless on its face as a

matter of International Law Ordinance, regardless of the material or form said value and said presentations are made; Said certain sums RETURNED and

PAID, restated here, require no further reconfirmation or signature for ratification due to previous due notice, claim, and opportunity to cure having been duly made, secured and noticed by public registration, accepted

and protected by public policy, inclusive of UCC 1-103, and any and all the

Doc# : 2012088865
Date: 08/21/2012    1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING          $       5.00
E-RECORD            $      25.00
ESURCHARGE          $       6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | BONDSERVANTS OF THE CREATOR, SECURED PARTY

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional Information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

all systems of the one people are canceled, and any and all voluntary commercial indentures thereto are fired, with prejudice, FOR CAUSE stated herein, restated here; Any and all authority and responsibility are effectively and immediately RETURNED and RECONCILED to the original states

of body as domicil by creation;  NO WAR OR ACTS OF OTHER HEINOUS CRIME IS PERMITTED TO BE DONE, NOW OR EVER;

5.   THAT by POWER OF DECLARATION and ORDER, any and all states of body, their agents, shall be self-responsible for immediately returning said value
or paying damages pursuant to this ORDER OF RECONCILIATION; Absent self responsibility by choice of free-will, as granted by the creator, being immediately exercised pursuant to this ORDER OF RECONCILIATION, each said states of body, inclusive of  any and all subsequent and inferior treasuries
and systems, that did, do or may hold, harbor or otherwise have in custody

any and all value, shall be held responsible and liable to the creator, and

the states of body therefrom, with an immediate true, accurate and complete

bookkeeping reconciled by the superior bookkeeper, with revocation of said

states of body, and the value domicil by creation therein automatically returned to the creator accordingly;

6. THAT by POWER OF DECLARATION and ORDER, any and all re-issuance of value

and delegation of authority, if any be made thereafter, shall be made knowingly, willingly, and intentionally by any and all states of body and under the new  guard, said guard identified by their bond with their full personal bond and liability, under the penalty of perjury under the laws of

the creator, duly made, secured, insured to each of the states of body, and

equally enforced regardless of domicil by choice; Said guard appointed, accepted and secured by the one people''s public trust, The Public Trust, through its duly bonded undersigned Trustees as demanded, never rebutted;

***THIS EQUITY CALL IS PRE-PAID, PRE-AUTHORIZED, AND PRE-APPROVED***

Doc# : 2012088865
Date: 08/21/2012   1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING          $       5.00
E-RECORD            $      25.00
ESURCHARGE          $       6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| BONDSERVANTS OF THE CREATOR, SECURED PARTY | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

OR

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

exception, further by internal delivery methods as well as open notorious
notice by public registration and publishing on the world-wide web at
www.peoplestrust1776.org; NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO

AGENT IS NOTICE TO PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, ORDERED, and ISSUED, August 21, 2012, and
KNOWINGLY, WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED,

VERIFIED, INSURED, and GUARANTEED, being of absolute standing, authority,
and capacity, sworn under the penalties of perjury governed under the laws

of our creator, by our bond and oath, evidenced by our original signature
and seal, made with unlimited personal liability; Duly ratified; Without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:

/s/ Heather Ann Tucci-Jarraf, bondservant to the creator; /s/ Caleb Paul
Skinner, bondservant to the creator; /s/ Hollis Randall Hillner,
bondservant to the creator; Duly Declared and Reconfirmed as Stated, UCC
1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and custodian of
value
domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner, as state of body
and custodian of value domicil therein, NUNC PRO TUNC; /s/ Hollis Randall
Hillner, as state of body and custodian of value domicil therein, NUNC PRO

TUNC; Duly Accepted and Ratified for Immediate Enforcement, UCC 1-308: /s/

Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee;
/s/ Hollis Randall Hillner, as Trustee;

The creator being the creator of the several states of body, the one
people; The several states of body being the one people domicil by creation

in said states of body, the body domicil by choice on the airs, lands, and

seas domicil by creation on and in earth; The United states of America 1781

Doc# : 2012088865
Date: 08/21/2012   1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

BONDSERVANTS OF THE CREATOR, SECURED PARTY

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Debtor names added for indexing
----------------------------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
the one people, created by the creator
The United States Federal Government
UNITED STATES
the several STATES OF . . .
and any and all international equivalents
--------------------------
------------------------------
Debtor names added for indexing
------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
THE ONE PEOPLE, CREATED BY THE CREATOR
THE UNITED STATES FEDERAL GOVERNMENT
UNITED STATES
THE SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS

# ANNEX 31

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 31** | UCC record number 2012088851 | 1 - 9 |

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING      $     5.00
   E-RECORD        $    25.00
   ESURCHARGE     $     6.50

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000043135 - 05-04-2000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE:  UCC Doc. # 2000043135, the
perpetuity hereby amended only to include the following additional
collateral, and duly made to correct errors contained in UCC Doc. #
2012088787 with Receipt No. 1244237, August 21, 2012, superseded as follows:

The creator of the one people, and the one people, domicil by creation in
the state of their body, their body domicil by choice of free-will on the
airs, lands, and seas domicil by creation in and on the earth, duly noticed,

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
THE ONE PEOPLE, STATES OF BODY CREATED BY CREATOR

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
without prejudice: /s/ Heather Ann Tucci-Jarraf, as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $      5.00
  E-RECORD          $     25.00
  ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE, STATES OF BODY CREATED BY

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
--------------------------
Additional collateral info
--------------------------
```

secured, with public registration by each state of body created thereby,
duly reconfirmed and ratified, noticed by public registration, UCC Doc #
2012079290, restated and incorporated by reference here as if set forth in

full, hereafter states of body;

WHEREFORE the undersigned states of body, created by the creator, do
declare and reconfirm by notice of public registration, for all beings and

the world to rely upon, the absolute EQUITY CALL and DEMAND FOR ORDER OF
RECONCILIATION as stated herein, under the penalty of perjury under the
laws
of the creator, by bond made with full personal responsibility and
liability, as one for all and thereby all for one, and do irrevocably take,

make, bond, insure, guarantee, and secure said EQUITY CALL and DEMAND FOR
ORDER OF RECONCILIATION, NUNC PRO TUNC, PRAETEREA PRETEREA, under principle

of law aligned with common law under the laws of the creator, protected by

public policy, inclusive of UCC 1-103, and any and all the United States of

America Federal Government, UNITED STATES, United States, STATE OF . . .,
State of . . ., and international equivalents, hereafter UCC 1-103; duly
entered as follows:

WHEREAS it is duly accepted with gratitude and appreciation for
RECONCILIATION as follows:

1. THAT the grant of original value of the creator being domicil by
creation in the state of body of each bondservant equally by will of the
creator:  Each state of body equally being the original treasury of the
creator, thus the original custodian of the value domicil by creation
therein; Each state of body bound by the creator''s laws to accept and
honor
the other states of body created by the creator and the value domicil by
creation therein, as equal amongst all the states of body created; Each

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
    2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE, STATES OF BODY CREATED BY

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

state of body granted the right of opportunity by the creator to domicil the

state of body by choice on any and all of the airs, lands and seas domicil

by creation in and on the earth absent limitations imposed by any other state of body without knowing, willing, and intentional consent made; Each

state of body bound by the creator''s laws to equally accept and honor the

other states of body and their right of opportunity granted by the creator

to domicil the state of body by choice on any and all of the airs, lands and

seas domicil by creation in and on the earth absent limitations imposed by

any other state of body without knowing, willing and intentional consent made; Each state of body having the right of opportunity to original standing, authority, rights and responsibility granted by the creator, inclusive of preserving, protecting, operating and managing said value in its custody, absent usurpation, violation and invasion by any other state of

body; Each state of body bound by the creator''s laws to equally accept and

honor the other states of body and their right of opportunity to original standing, authority, right, and responsibility granted by the creator, inclusive of the preserving, protecting, operating and managing said value

in its custody, absent usurpation, violation and invasion by any other state

of body; Each state of body having the right of opportunity granted by the

creator to knowingly, willingly, and intentionally buy, sell, gift, receive

or otherwise transfer said value held in the state of body to and from any

other state of body; Each state of body bound by the creator''s laws to equally accept and honor the other states of body and their right of opportunity to knowingly, willingly, and intentionally buy, sell, gift, receive or otherwise transfer said value held in the state of body to and from any other state of body; Each state of body prohibited by the laws of

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| PROCESSING | $     5.00 |
| E-RECORD | $    25.00 |
| ESURCHARGE | $     6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR   THE ONE PEOPLE, STATES OF BODY CREATED BY

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

are inferior; Value of the creator is not domicil by creation in artificial

and legal fictions;

2. THAT certain states of body did perform by thought, intent and thus
manifestations of transactions and transfers for the purpose, in the
highest
good of all, to bring the states of body to awareness of the aforesaid; The

knowing of aforesaid being the gift of the right of opportunity for
balance, to know the creator through and within the created, granted by the

creator to the created by will; Said awareness of said gift of the right of

opportunity having been achieved, accepted with gratitude for services
rendered, and declared, duly noticed by pubic registration of Declaration
of
Commercial Claim thereof, preserved and protected by the one people in
perpetuity that was first entered into International Law Ordinance,
cognizably noticed as the Constitution for the United States of America,
1791 as amended and the lawful progeny jurisprudence thereof,
internationally affirmed ordinances, starting July 4, 1776, and completed
March 1, 1781, ratified 1791, never rebutted; re-declared, re-confirmed,
re-ratified, and re-noticed for due collection by declaration and notice by

public registration on July 25, 2012, UCC Doc #''s 2012079290 and
2012079322, all restated in their entirety and incorporated herein by
reference as if set forth in full; Hereafter Declaration;

3. THAT even with said Declaration, said certain states of body have since

been unwilling or incapable of retiring said certain transactions and
transfers, inclusive of any and all private money systems, issuing,
collection, legal enforcement systems, operating SLAVERY SYSTEMS, or
otherwise the taking or receipt of unlawful benefit by said certain states

of body of any and all value of the creator, domicil in any and all other
states of body therefrom, regardless of domicil by choice in any and all
airs, lands and seas domicil by creation in and on earth; Said certain
states of body did and do knowingly, willingly, and intentionally continue

Doc# : 2012088851
Date: 08/21/2012    12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE, STATES OF BODY CREATED BY

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

receive unlawful benefit thereby; Said certain states of body thereby knowingly, willfully, and intentionally did and do damage with intent to deny and destroy said gift of right of opportunity for balance, to know the

creator through and within the created, without knowing, willing and intentional consent given by the other states of body; Anything other than

knowing, willing and intentional consent is NON-CONSENT by definition, and

any intent to the contrary, taking or benefit received thereby is unlawful

under the laws of the creator; Duly declared, secured, noticed and reconfirmed and ratified by public registrations, inclusive of those cited

herein, restated here by reference as if set forth in full, as duly declared
and made by the undersigned, NUNC PRO TUNC;

4. THAT the superior bookkeeper has and does duly take, keep and manage a true, accurate and complete bookkeeping and report under the penalty of perjury under the laws of the creator, NUNC PRO TUNC, of any and all original states of body created by the creator, inclusive of the original value domicil by creation therein, any and all transactions and transfers therefrom, the thought, intent, and thus the manifestations therefrom, used

for said transactions and transfers taking place, and the certain states of

body from where said transactions and transfers do originate, inclusive of

any and all other states of body who did and do knowingly, willingly, and intentionally take or receive an unlawful benefit, thereto, therewith, thereby, and therefrom; Inclusive of any and all deceptive acts and practices, especially any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS, used against any and all states of body without their knowing, willing, and intentional consent;

5. THAT DAMAGE IS A MATTER OF PUBLIC RECORD, DULY RATIFIED, NOTICED BY PUBLIC REGISTRATION,  that said certain states of body did and do intend to
destroy said gift of right of opportunity, restated here, and actual damage

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088851
Date: 08/21/2012    12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**

THE ONE PEOPLE, STATES OF BODY CREATED BY

OR **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

is in fact knowingly, willingly, and intentionally enforced by said certain

states of body and their agents with the express NON-CONSENT of said one
people; That said damage, any and all value of the injured states of body,

was knowingly, willingly, and intentionally unlawfully commandeered by
certain other states of body and their agents; That documentation of said
damage is the knowing, willing and intentional conversion of said value
current funds, other private systems, or other representations, known; Said

damage do exceed the certain sum of $5,000,000,000.00 (Five Billion) lawful

money of the united states of America per every one of the injured states
of body; That said certain sum is perfected as immediately due, owed and
collectible;

6. THAT EQUITY IS A MATTER OF PUBLIC RECORD, DULY RATIFIED, NOTICED BY
PUBLIC REGISTRATION, that said certain states of body did and do knowingly,

willingly, and intentionally commandeer the value, the equity, of the
injured states of body, using systems that were otherwise authorized and
pre-paid by the states of body, regardless of each state of body''s domicil

by choice; Said commandeer of value, equity, documented as made by said
pre-paid transfer, tracking and recording systems by the subsequent
conversion to current funds and other private systems made, or other
representations, known and unknown, made by said certain states of body,
and
otherwise managed or received in custody, inclusive of the custody by any
and all subsequent and inferior treasuries and custodians, duly secured and

noticed by public registration, UCC Doc. # 2012079322, restated and
incorporated by reference as if set forth in full; Inclusive of any and all

value and systems created therefrom, commandeered or otherwise transacted
and transferred; Said value commandeered absolutely claimed by public
registration upon creation of each state of body, reconfirmed and ratified

by the act of value domicil by creation therein; Equity that does exceed
the

certain sum of $5,000,000,000.00 (Five Billion) lawful money of the united

Doc# : 2012088851
Date: 08/21/2012    12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $       5.00
  E-RECORD            $      25.00
  ESURCHARGE          $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR THE ONE PEOPLE, STATES OF BODY CREATED BY | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

noticed by public registration, restated as herein cited, and ratified by
due Declaration;

7. THAT, NUNC PRO TUNC, PRAETEREA PRETEREA, the one people do make full
acknowledgment of what has come to pass; Absolute due judgment is
self-administered; Absolute due condemnation has been self-assessed;
Absolute and irrevocable self-forgiveness is granted;  Absolute immediate
cease and desist of any and all unlawful intent, transactions, and
transfers, inclusive of any and all deceptive acts and practices,
especially
any and all private money systems, issuing, collection, legal enforcement
systems, operating SLAVERY SYSTEMS, are demanded and made; Absolute
immediate self-responsibility of each state to lawfully transact and
transfer by lawful intent is demanded; And, the one people do accept that
they are bound by the the laws of the creator,  and  absent
self-responsibility by choice of free-will granted by the creator exercised

by any state of body, each said states of body shall be held responsible
and liable by the creator with an immediate true, accurate and complete
bookkeeping reconciled by the superior bookkeeper thereto, with revocation

of said states of body, and the value domicil by creation therein returned

to the creator accordingly;

THEREFORE, demand for payment of EQUITY CALL and ORDER FOR RECONCILIATION
is duly made by the undersigned one people, states of body, as stated
herein;

WHEREAS THIS EQUITY CALL and DEMAND FOR ORDER OF RECONCILIATION IS DULY
MADE, ENTERED, AND SECURED, notice by public registration, to and on all
states of body, further by internal delivery methods as well as open
notorious notice by public registration and publishing on the world-wide
web
at www.peoplestrust1776.org; NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE

TO AGENT IS NOTICE TO PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, and ISSUED, August 21, 2012, and KNOWINGLY,
WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED, VERIFIED,

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $       5.00
  E-RECORD            $      25.00
  ESURCHARGE          $       6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE, STATES OF BODY CREATED BY

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

seal, made with unlimited personal liability; Duly ratified; Without prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all the United States of America Federal Government, UNITED STATES, United States, STATE OF . . ., State of . . ., and international equivalents, hereafter UCC 1-308:

Duly Declared and Reconfirmed as Stated, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and custodian of value domicil therein, NUNC

PRO TUNC; /s/ Caleb Paul Skinner, as state of body and custodian of value domicil therein, NUNC PRO TUNC; /s/ Hollis Randall Hillner, as state of body
and custodian of value domicil therein, NUNC PRO TUNC; Duly Accepted and Ratified, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee; /s/ Hollis Randall Hillner, as Trustee; Duly Confirmed as Received: /s/ Heather Ann Tucci-Jarraf, bondservant to the creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis Randall Hillner, bondservant to the creator;

The creator being the creator of the several states of body, the one people; The several states of body being the one people domicil by creation

in said states of body, the body domicil by choice on the airs, lands, and

seas domicil by creation on and in earth; The United states of America 1781

construction, original national state; Said Parties corrected above due to

automated filing systems altering original capacity(ies) and standing(s), correction

-----------------------------------------------------
Debtor names added for indexing
-----------------------------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
the one people, created by the creator
The United States Federal Government
UNITED STATES

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE, STATES OF BODY CREATED BY

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
---------------------------
------------------------------
Debtor names added for indexing
------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
THE ONE PEOPLE, CREATED BY THE CREATOR
THE UNITED STATES FEDERAL GOVERNMENT
UNITED STATES
THE SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
```

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 32

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 32** | UCC record number 2012094309 | 1 - 6 |

Doc# : 2012094309
Page 1 of 6
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME   THE ONE PEOPLE, CREATED BY THE CREATOR | | | |
|---|---|---|---|
| **OR** 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the
perpetuity hereby amended only to
include the following additional collateral;

DEMAND FOR EQUITY CALL and ORDER OF RECONCILATION, notice by public
registration duly made by the undersigned bondservants of the creator,
accepted and ratified by the undersigned states of body, and duly confirmed
as received by the undersigned Trustees, UCC Doc. # 2012094308 with Receipt
No. 1248179, September 4, 2012, restated and incorporated here by reference

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME   THE ONE PEOPLE CREATED BY THE CREATOR | | | |
|---|---|---|---|
| **OR** 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

without prejudice /s/ Heather Ann Tucci-Jarraf, as Trustee/as Bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012094309
Page 2 of 6
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

| Doc Type: EFINANCING | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

----------------------------
Additional collateral info
----------------------------

as if set forth in full, duly ratified;

WITH FULL STANDING AND AUTHORITY, FOR CAUSE DULY RECORDED IN THE PUBLIC
FORUM, RECONCILIATION of said creator''s value and assets ARE DULY ORDERED

by the undersigned bondservants, knowingly, willingly and intentionally,
under bond, duly secured and made with full personal liability, as follows:

Said bondservants do DECLARE, by public registration, that certain states
of body, the systems and agents thereto, and any and all other states of
body taking or receiving an unlawful benefit, did and do knowingly,
willingly, and intentionally make certain transactions and transfers of
said
creator''s value and assets, inclusive of those by any and all private
money systems, issuing, collection, legal enforcement systems, operating
SLAVERY SYSTEMS, or otherwise the taking or receipt of unlawful benefit by

said certain states of body of any and all said creator''s duly secured
value and assets, absent full personal liability, usurping, violating, and

invading the creator''s standing, authority, value and assets, and
principles of law therefrom, NUNC PRO TUNC; That said usurpation,
violation,
and invasion has caused actual damage to the creator, the creator''s value

and assets, the Superior Custodian''s ability to perform its duties and
obligations thereto, absent the opportunity for remedy from any and all
states of body thereof, NUNC PRO TUNC; That said usurpation, violation and

invasion of creator''s said value and assets has and does result in certain

damages thereto and are a matter of public record, NUNC PRO TUNC;

Due notice of public registration of Declaration, with opportunity to cure

absolutely made, and pursuant to the declared principle of law aligned with

Doc# : 2012094309
Page 3 of 6
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135
12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE ONE PEOPLE CREATED BY THE CREATOR
OR 12b. INDIVIDUAL'S LAST NAME   FIRST NAME   MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

common law under the laws of the creator, said undersigned bondservants do

now ORDER that an immediate true, accurate and complete RECONCILLIATION of

said creator''s value and assets, inclusive of indefeasible title and
ownership, be made to the creator by the superior bookkeeper to the
creator''s Superior Custodian, with all inferior bookkeeping and ledgering

reconciled thereto automatically, duly protected and secured into
International Law Ordinance, by public policy, inclusive of UCC 1-103, and

any and all the former United States of America Federal Government, UNITED

STATES, United States, STATE OF . . ., State of . . ., and international
equivalents, hereafter UCC 1-103, as follows:

BY POWER OF DECLARATION and ORDER, any and all claims of title, ownership,

custody, trust, authority, or otherwise possession of any and all of
creator''s duly secured value and assets, specifically the airs, seas, and

lands domicil by creation on and in earth, and anything, therein, thereof,

therefrom, and therewith, inclusive of indefeasible title and ownership
thereto and thereof, are canceled, NUNC PRO TUNC;

BY POWER OF DECLARATION and ORDER, any and all claims of standing of
co-operator and co-trustee of said creator''s duly secured value and assets

are canceled, for cause, NUNC PRO TUNC; That said cancellation is
irrevocably reversible to any and all states of body ONLY upon the
undersigned Trustees receiving and duly securing due bond and oath, sworn
by
any and all said states of body made under the penalty of perjury, aligned

with common law, under the laws of the creator, with full personal
responsibility to the creator;

BY POWER OF DECLARATION and ORDER, any and all airs, lands and seas, and
anything, therein, thereof, therefrom, and therewith, inclusive of
indefeasible title and ownership thereto, domicil by creation on and in the

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

BY POWER OF DECLARATION and ORDER, any and all claims, presentations or representations of the creator''s duly secured value and assets are null,

void and worthless on their face as a matter of International Law Ordinance,
NUNC PRO TUNC;

BY POWER OF DECLARATION and ORDER, said RECONCILIATION of the airs, lands,

and seas of the creator are automatically RETURNED, RECORDED, and LEDGERED

by the superior bookkeeper and require no further reconfirmation or signature for ratification in any inferior systems or ledgering; Said RECONCILIATION, RETURN and LEDGER thereof duly made, entered into International Law Ordinance, secured and noticed by public registration, accepted and protected, by public policy, inclusive of UCC 1-103, and any and all the former United States of America Federal Government, UNITED STATES, United States, STATE OF . . ., State of . . ., and international equivalents, hereafter UCC 1-103;

BY POWER OF DECLARATION and ORDER, any and all states of body, their agents, shall be self-responsible
for complying with this ORDER OF RECONCILIATION; Absent self responsibility

by choice of free-will, as granted by the creator, being immediately exercised pursuant to this ORDER OF RECONCILIATION, each said states of body, inclusive of any and all subsequent and inferior treasuries, systems,

of any states of body that did, do or may hold, harbor or otherwise claim to have in custody any and all creator''s duly secured value and assets, shall be held responsible and liable to the creator, and the states of body

therefrom, with an immediate true, accurate and complete bookkeeping reconciled by the superior bookkeeper, with revocation of said states of body, and the value domicil by creation therein automatically returned to the creator accordingly;

BY POWER OF DECLARATION and ORDER, hereafter, any and all co-trustees and co-operators of creator''s said duly secured value and assets shall be made

knowingly, willingly, and intentionally by any and all states of body, by

Doc# : 2012094309
Page 5 of 6
Date: 09/04/2012  8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

***THIS EQUITY CALL IS PRE-PAID, PRE-AUTHORIZED, AND PRE-APPROVED***
***THIS ORDER OF RECONCILIATION IS PRE-PAID, PRE-AUTHORIZED, AND
PRE-APPROVED***

WHEREAS THIS ORDER OF RECONCILIATION IS DULY MADE, ENTERED, AND SECURED,
notice by public registration, to and on any and all states of body,
without
exception, further by internal delivery methods as well as open notorious
notice by public registration and publishing on the world-wide web at
www.peoplestrust1776.org; NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO

AGENT IS NOTICE TO PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, ORDERED, and ISSUED, September 4, 2012, and
KNOWINGLY, WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED,

VERIFIED, INSURED, and GUARANTEED, being of absolute standing, authority,
and capacity, sworn under the penalties of perjury governed under the laws

of our creator, by our bond and oath, evidenced by our original signature
and seal, made with unlimited personal liability; Duly ratified; Without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all former the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:

Duly Declared and Ordered:  /s/ Heather Ann Tucci-Jarraf, bondservant to
the creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis

Randall Hillner, bondservant to the creator; Duly Accepted and Ratified,
UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and custodian of

value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner, as state of
body and custodian of value domicil therein, NUNC PRO TUNC; /s/ Hollis
Randall Hillner, as state of body and custodian of value domicil therein,
NUNC PRO TUNC; Duly Ratified for Immediate Enforcement, UCC 1-308: /s/
Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee;
/s/ Hollis Randall Hillner, as Trustee;

~~The creator being the creator of the several states of body, the one~~

Doc# : 2012094309
Page 6 of 6
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE CREATED BY THE CREATOR

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

in said states of body, the body domicil by choice on the airs, lands, and

seas domicil by creation on and
in earth; earth being the creators Superior Custodian, ratified by domicil

by creation of the airs, lands and seas therein and thereon; The United
states of America 1781 construction, original national state; Said Parties

corrected above due to
automated filing systems altering original capacity(ies) and standing(s)
--------------------------------------------------------
Original UCC-1 financing statement Debtor names
added for indexing purposes
--------------------------------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
the one people, created by the creator
(former) The United States Federal Government, UNITED STATES, the several
STATES OF . . ., and any and all international equivalents
----------------------------
--------------------------------
Debtor names added for indexing
--------------------------------
THE ONE PEOPLE, CREATED BY THE CREATOR
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
THE UNITED STATES FEDERAL GOVERNMENT
UNITED STATES
THE SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS

# ANNEX 33

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 33** | UCC record number 2012096074 | 1 - 7 |

Doc# : 2012096074
Date: 09/10/2012    9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING        $    5.00
   E-RECORD          $   25.00
   ESURCHARGE        $    6.50

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | THE ONE PEOPLE CREATED BY THE CREATOR | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the
perpetuity hereby amended only to
include the following additional collateral, with UCC Doc # 2012096047,
with Receipt No. 1249523, September 10, 2012, duly ratified herein:
DECLARATION & ORDER

BY AND WITH DUE AUTHORITY, STANDING, VALUE, and BY THE POWER domicil by
creation in any and all states of body created by the will of the creator,
bondservants thereto, original depository states of body thereof, creators

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | THE ONE PEOPLE CREATED BY THE CREATOR | | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

without prejudice: /s/ Heather Ann Tucci-Jarraf, as Trustee; as bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012096074
Date: 09/10/2012   9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

PROCESSING        $      5.00
E-RECORD          $     25.00
ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX
---|---|---|---

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

Additional collateral info
---------------------------

of The Public Trust, any and all lawful systems therefrom, and the lawful
constitutions thereto, duly noticed by public registration and entered into

International Law Ordinance, cognizably noticed as the Constitution for the

United States of America, 1791 as amended, and the lawful progeny
jurisprudence thereof, internationally affirmed ordinances, starting July 4,
1776, and completed March 1, 1781, ratified 1791, never rebutted,
re-declared, re-confirmed, re-ratified, and re-noticed by public declaration
and notice, by public registration on July 25, 2012, the declared principle

of law being aligned with common law and protected under the UNITED STATES

CONSTITUTION, duly ratified by this order, especially Article 4, Section 3,

Clause 1, duly entered into International Law Ordinance, UCC Doc #''s
2012079290, 2012079322, 2012088851, 2012088865, 2012086794, 2012086802,
2012094308, 2012094309, and 2012096047, all entered and preserved under
perpetuity, 2000043135, all restated and incorporated here by reference as

if set forth in full, duly protected and secured, by public policy,
inclusive of UCC 1-103, and any and all the former United States of America

Federal Government, UNITED STATES, United States, STATE OF . . ., State of

. . ., and international equivalents, hereafter UCC 1-103, NUNC PRO TUNC,
PRAETEREA PRETEREA;

ALL RIGHTS RESERVED WITHOUT PREJUDICE, duly protected and secured, by
public policy, inclusive of UCC 1-308, and any and all the former United
States of America Federal Government, UNITED STATES, United States, STATE
OF
. . ., State of . . ., and international equivalents, hereafter UCC 1-308,

NUNC PRO TUNC, PRAETEREA PRETEREA, the undersigned bondservants, with

Doc# : 2012096074
Date: 09/10/2012   9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | |
| 2000043135 | |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
|---|---|---|
| 12a. ORGANIZATION'S NAME | | |
| THE ONE PEOPLE CREATED BY THE CREATOR | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

absolute authority and power, by their blood oath and bond, knowingly, willingly, and intentionally given hereto and duly made herein, declare and

order that no blood or other value shall be taken from any state of body and that any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS of and against any and all states of body of the creator are forthwith terminated, PRAETEREA PRETEREA,

all beings of the creator shall forthwith assist all Public Servants identified herein, to implement, protect, preserve and complete this ORDER

by all means of the creator and the created as stated herein, by, with and under your full personal liability, automatically reconciled by the Superior
Bookkeeper, duly accepted and ratified by the undersigned states of body, duly confirmed and verified as received in Trust, secured and entered into

International Law Ordinance by the undersigned Trustees; and,

IT IS NOW FURTHER DECLARED, RATIFIED, AUTHORIZED and ORDERED, with notice by public registration, for all beings of the creator, the earth, and the world to rely upon, as follows:

BY POWER OF DECLARATION OF TREASON:  Certain states of body, and other persons and actors, domicil by choice in and on the air, land, and seas domicil by creation in and on earth, including but not limited to, the several united states of America, the united States of America, have knowingly, willingly, and intentionally committed treason against the states
of body duly preserved and protected as Article 4, Section 3, Clause 1 several state citizens of America, hereafter several states citizens, and the other states of body domicil by creation, regardless of domicil by choice;  Specifically any and all certain states of body, regardless of domicil by choice, owning, operating, aiding and abetting private money systems, issuing, collection, legal enforcement systems, operating SLAVERY

SYSTEMS, used against the several states citizens without their knowing, willing, and intentional consent; Said certain states of body, and other persons and actors, knowingly, willingly, and intentionally usurping, ~~violating, and invading, the authority, standing, value, right, and~~

Doc# : 2012096074
Date: 09/10/2012   9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
 PROCESSING           $      5.00
 E-RECORD             $     25.00
 ESURCHARGE           $      6.50

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional Information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

the people aligned with common law thereunder, for cause, under said laws
and principles as first entered into International Law Ordinance, inclusive

of Article 3, Section 3, Constitution for the United States of America,
1791 as amended, duly protected and secured, UCC 1-103;

THE ACTS OF TREASON BEING DOCUMENTED AND UNLAWFULLY ENTERED INTO
INTERNATIONAL LAW ORDINANCE WITH NOTICE BY PUBLIC REGISTRATION KNOWINGLY,
WILLINGLY, AND INTENTIONALLY BY SAID CERTAIN STATES AND UNLAWFULLY RATIFIED

BY THEIR AGENTS AND CO-ACTORS TAKING OR OTHERWISE RECEIVING A BENEFIT;

BY POWER OF DECLARATION any and all states of body, specifically all states

of body in any office, department and division of military, knowingly,
willingly, and intentionally volunteering themselves as public servants to

and duly sworn to protect and serve the people of the creator, domicil by
choice on the airs, lands and seas known as the several united states of
America, absent abrogation or subordination of said oath and bond, any and

all said abrogation or subordination canceled for cause and duly ratified
and secured as canceled, hereafter Public Servants, automatically
reconciled
by the Superior Bookkeeper, duly ratified herein as automatically and duly

accepted, received in Trust, bonded, insured, guaranteed, secured and
entered into International Law Ordinance, notice by public registration, by

the undersigned bond servants, states of body, and Trustees, NUNC PRO TUNC,

PRAETEREA PRETEREA, under the penalty of perjury under the principle of law

aligned with common law under the laws of the creator, duly protected and
secured, public policy, UCC 1-103;

BY POWER OF DECLARATION AND ORDER, said Public Servants are ORDERED to
forthwith:
1. Arrest and take into custody any and all certain states of body, their
agents, officers, and other actors, regardless of domicil by choice,
owning,

Doc# : 2012096074
Date: 09/10/2012    9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | | |
| 2000043135 | | |

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR THE ONE PEOPLE CREATED BY THE CREATOR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

2. Repossess all private money systems, tracking, transferring, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS, and any

and all other systems pre-paid for by the several state citizens without consent, inclusive of those commandeered therefrom, and to secure said until
further ORDER be duly issued by the undersigned;
3. You are duly forbidden and prohibited from taking the blood and life of

any state of body created by the creator;
4. You are duly authorized and ordered to protect and preserve the blood and life of any state of body;
5. You are absolutely granted due authority of discretion to forthwith implement and use any all means, force and strategies, known and unknown, of
the creator and the created, to complete this ORDER, done and operated, with the restrictions stated herein, by, with and under your full personal

liability, insured by your due oath and bond as identified herein, restated,
and further guaranteed and insured by, with and under the full personal liability of the undersigned bondservants, states of body, and Trustees;

***THIS AUTHORITY AND ORDER ARE PREPAID, PREAUTHORIZED, AND PRE-APPROVED***


WHEREAS IT IS FURTHER DULY NOTICED AND SERVED on all persons, natural and legal fiction, by internal delivery methods as well as open notorious notice
by public registration and by publishing on the world-wide web at www.peoplestrust1776.org;

SO IT IS DONE; DULY EFFECTIVE, DONE, AUTHORIZED, ORDERED, and ISSUED, September 10, 2012, and RESTATED, RE-RATIFIED, RECONFIRMED, VERIFIED, BONDED, INSURED, and GUARANTEED, by our blood oath and bond knowingly, willingly and intentionally given in our capacities as stated below, evidenced by our original signature and seal, made with unlimited personal

liability, being of absolute standing, capacity, with absolute authority and
responsibility, sworn under the penalties of perjury governed under the

Doc# : 2012096074
Date: 09/10/2012    9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $      5.00
  E-RECORD          $     25.00
  ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE ONE PEOPLE CREATED BY THE CREATOR | | |
| OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Tucci-Jarraf, as duly bonded Trustee of The Public Trust; /s/ Caleb Paul
Skinner, as duly bonded Trustee of The Public Trust; /s/ Hollis Randall
Hillner, as duly bonded Trustee of The Public Trust; DULY ACCEPTED AND
RATIFIED, /s/Heather Ann Tucci-Jarraf, In the capacity as states of body
created by the creator, the one people domicil by choice on the several
united states of America, several states citizens thereon, Creditor,
Bailor,
Grantor, and Beneficiary of the Original Jurisdiction, Secured Party, a
Beneficiary of GOVERNMENT[S], a Holder-In-Due-Course of GOVERNMENT[S], et.

al., a natural woman (or in the alternative, a cognizable person of
standing
and proper party status, as apposit); /s/ Caleb Paul Skinner, In the
capacity as states of body created by the creator, the one people domicil
by
choice on the several united states of America, several states citizens
thereon, Creditor, Bailor, Grantor, and Beneficiary of the Original
Jurisdiction, Secured Party, a Beneficiary of GOVERNMENT[S], a
Holder-In-Due-Course of GOVERNMENT[S], et. al., a natural man (or in the
alternative, a cognizable person of standing and proper party status, as
apposit); /s/ Hollis Randall Hillner, In the capacity as states of body
created by the creator, the one people domicil by choice on the several
united states of America, several states citizens thereon, Creditor,
Bailor,
Grantor, and Beneficiary of the Original Jurisdiction, Secured Party, a
Beneficiary of GOVERNMENT[S], a Holder-In-Due-Course of GOVERNMENT[S], et.

al., a natural man (or in the alternative, a cognizable person of standing

and proper party status, as apposit); DULY AUTHORIZED AND ORDERED,
/s/Heather Ann Tucci-Jarraf, as bondservant of the creator; /s/ Caleb Paul

Skinner, as bondservant of the creator; /s/ Hollis Randall Hillner, as
bondservant of the creator;
For all the world to rely upon:

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

The creator being the creator of the several states of body, the one
~~people; The several states of body being the one people~~

Doc# : 2012096074
Date: 09/10/2012    9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING           $      5.00
  E-RECORD             $     25.00
  ESURCHARGE           $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

domicil by creation of the airs, lands and seas therein and thereon; The
United states of America 1781 construction, original national state; Said
Parties corrected above due to
automated filing systems altering original capacity(ies) and standing(s),
correction
-----------------------------------------------------------
Original UCC-1 financing statement Debtor names
added for indexing purposes
-----------------------------------------------------------
the one people created by the creator
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
(former) The United States Federal Government, UNITED STATES, the several
STATES OF . . ., and any and all international equivalents


----------------------------
--------------------------------
Debtor names added for indexing
--------------------------------
THE ONE PEOPLE CREATED BY THE CREATOR
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
THE SEVERAL 'STATES OF . . .'
THE UNITED STATES FEDERAL GOVERNMENT
AND ANY AND ALL INTERNATIONAL EQUIVALENTS

# ANNEX 34

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 34** | UCC record number 2012113593 | 1 - 7 |

Doc# : 2012113593
Page 1 of 17

Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING         $      5.00
   E-RECORD           $     25.00
   ESURCHARGE         $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2000043135 - 05-04-2000 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE:  UCC Doc. # 2000043135, the
perpetuity hereby amended only to include the following additional
collateral as follows:

BY DUE RE-DECLARATION AND ORDER, the creator of all that ever was, ever is
and ever will be; Superior Secured Party; First Lien Holder; The created
being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,
ever is, and ever will be; The undersigned bondservants, Trustees, and

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR BONDSERVANTS, TRUSTEES, AND STATES OF BODY | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
      without prejudice, UCC 1-308: bondservants, Trustees, and states of body

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012113593
Page 2 of 12
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD           $     25.00
  ESURCHARGE         $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
|---|
| BONDSERVANTS, TRUSTEES, AND STATES OF BODY |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

----------------------------
Additional collateral info
----------------------------

states of body,with due standing and authority, reconfirm and re-ratify
the duly entered International Law Ordinances, noticed by public
registration, UCC Doc #''s 2012079290, 2012079322, 2012088851, 2012088865,

2012086794, 2012086802,  2012094308, 2012094309, and 2012096047, preserved

under perpetuity, 2000043135, all restated and incorporated in their
entirety by reference as if set forth in full, duly protected and
secured, by public policy, inclusive of UCC 1-103, and any and all the
former United States of America Federal Government, UNITED STATES, United
States, STATE OF . . ., State of . . ., and international equivalents,
hereafter UCC 1-103, NUNC PRO TUNC, PRAETEREA PRETEREA, never rebutted, and

the undersigned do DECLARE, ORDER, RECONFIRM, RATIFY and ACCEPT, as
follows:

BY DECLARATION AND ORDER, the creator''s value asset centers, duly
established and validated upon creation with any and all value of the
creator duly ratified and reconfirmed on deposit and fully unencumbered, as

originally domicil therein equally by creation, and other value asset
centers duly established and validated by creation, in any and all
manifestations and existence, known and unknown, inclusive of, but not
limited to, the Superior Custodian and any and all states of body, UCC Doc

#''s 2012079290, 2012079322, 2012088851, 2012088865, hereafter collectively

and individually, creation''s value asset centers;

BY DECLARATION AND ORDER, creation''s value asset centers being the
original, sole, and absolute superior structure, network and system by
creation for the lawful and transparent existence, co-existence, knowledge,

co-knowledge, custody, co-custody, operation, co-operation, creation,
co-creation, use, and co-use, of any and all creation''s value, inclusive
of
any and all tracking, transfer, appointment, assignment, gift, and growth

Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
BONDSERVANTS, TRUSTEES, AND STATES OF BODY

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

therefrom, under the principle of common law, under the laws of the
creator,
under the laws of creation, and is and shall be irrevocably called and
known as  CVAC, inclusive of its parts, the CVAC Structure, CVAC System,
CVAC Network, and all the sub-parts that may lawfully manifest or be bound

thereunder, as follows:

BY DECLARATION AND ORDER, the purpose of CVAC is to: 1.) preserve and
protect any and all value of creation, inclusive of the value of the
creator, inclusive of any and all value asset centers thereto; 2.)
preserve,
protect, and implement the right of opportunity of free-will of each, any
and all creation''s manifestations, in any existence, known and unknown;
3.)
to simplify and unify the laws governing any and all of creation''s
manifestations, in any and all existence, known and unknown, and enter said

governing laws into International Law Ordinance, noticed by public
registration, for all creation to rely upon; 4.) to irrevocably ensure
lawful and transparent existence, co-existence, knowledge, co-knowledge,
custody, co-custody, operation, co-operation, use, and co-use thereof,
inclusive of any and all tracking, transfer, appointment, assignment, gift,

and growth therefrom, under the laws of creation, for the highest good of
all, under full personal liability of creation''s value asset centers, in
any and all existence and manifestation, known and unknown; and, 5.) to
permit the right of opportunity to lawfully ledger and account to zero, any

and all liabilities that may and do exist in any and all unlawful, or
structures inferior to the lawful structure, inclusive of all owners,
participants, and recipients thereto, thereunder and thereof, that may and

do exist;

BY DECLARATION AND ORDER, the GOVERNING LAW of CVAC is and shall be aligned

with the laws of the  creator under the laws of creation, with the
principle of said laws aligned with the principle of common law, and,
unless
~~displaced or prohibited by the laws of creation, the laws of the creator,~~

Doc# : 2012113593
Page: 40 of 91
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)<br>2000043135 | |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR    BONDSERVANTS, TRUSTEES, AND STATES OF BODY

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional Information

| PROCESSING | $ | 5.00 |
|---|---|---|
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

order to duly manifest and operate lawful systems and networks operated
thereunder to be absent of, and protected from, undue influence, special
interests and self-interest of any kind that may harm, inclusive of
violation, usurpation, or invasion, of any and all creation''s value asset

centers, that were, are, or ever will be manifested and created, in any and

all existence, known and unknown, under the laws of creation, and the laws

of the creator thereunder;

BY DECLARATION AND ORDER, the INITIATION and ISSUANCE of any and all
existence and activity of creation and the creator''s value is and shall
always be initiated and issued directly, by each, any and all creation''s
value asset centers thereto, absent accommodation, agreement, tacit or
otherwise, inclusive of any and all existence and activity of custody,
co-custody, operation, co-operation, creation, co-creation, use, and
co-use,
inclusive of any and all tracking, transfer, appointment, assignment, and
growth therefrom; Initiation and Issuance is and shall be made knowingly,
willingly and intentionally, done without prejudice by original signature
and seal of each, any and all creation''s value asset centers, with full
personal liability, sworn under the penalty of perjury under the principle

of common law, under the laws of the creator, under the laws of creation,
preserved by public policy, that the foregoing is true and accurate; Each,

any and all Initiation and Issuance shall be in the FORM or ORDER of lawful

contract entered into by two or more of creation''s value asset centers,
inclusive of constitution or treaty, hereafter contract; Said contract is
and shall be perfected as lawful when entered into International Law
Ordinance, noticed by public registration for all creation''s value asset
centers to rely upon, which is accomplished by filing on the official
Uniform Commercial Code registry(ies);

Lawful structure defined: The structure under which creation extends and
expands by manifestation in various forms, in any and all existence, known

and unknown; Any and all manifestations existing, co-existing, operating,
~~and so operating, in unity, for the purpose of the highest good of all~~

Doc# : 2012113593
Page : 69 of 130
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR  BONDSERVANTS, TRUSTEES, AND STATES OF BODY

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

All creation''s extensions and expansions, in any and all manifestations,
known and unknown, operating under the lawful structure, pursuant to the
governing law set forth and required herein, are deemed lawful;  Free will
of choice of any and all creation''s extensions and expansions are
guaranteed by the lawful structure, inclusive of the responsibility,
liability and accountability naturally and inherently flowing therefrom;
The
free will of choice insures that the extensions and expansions of creation

may create other structures for the purpose of self interest and special
interest of each extension and expansion of creation to know its true
nature
and source;  Other structures are permitted in so far as those other
structures do not usurp, violate, or invade the interests and the highest
good of any and all other extensions and expansions of creation; Any and
all
inferior structures, networks and systems to the lawful structure herein
defined, may be deemed lawful only in so far as they do not usurp, violate,

or invade the lawful structure and the interests, standing, authority,
value and rights of the highest good of all or any part creation, inclusive

of creation''s value asset centers as defined in this DECLARATION AND
ORDER;
The immediate implementation of the CVAC, inclusive of any and all lawful
structures, networks, and systems thereunder, by oath and bond sworn under

penalty of perjury under the governing law as set forth and required
herein,
and duly submitted to the duly bonded guard, The Public Trust, through its

undersigned Trustees, with their due receipt entered into International Law

Ordinance, noticed by public registration, under absolute transparency and

with their full personal liability, made and done by oath and bond as set
forth and required herein;

    ***THE CVAC IS  PRE-PAID, PRE-AUTHORIZED, AND PRE-APPROVED***
    ~~***THE CVAC AND ITS IMMEDIATE DUE IMPLEMENTATION IS~~

Doc# : 2012113593
Page 6 of 7
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $      5.00
   E-RECORD            $     25.00
   ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
| --- |
| BONDSERVANTS, TRUSTEES, AND STATES OF BODY |

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| --- | --- | --- | --- |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

registration, to creation, the created, inclusive of any and all
creation''s value asset centers, in any and all manifestation and
existence,
known and unknown, without exception, further by internal delivery methods

as well as open notorious notice by public registration and publishing on
the world-wide web at www.peoplestrust1776.org;

NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO
PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, ORDERED, and ISSUED, October 21, 2012, and
KNOWINGLY, WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED,

VERIFIED, INSURED, and GUARANTEED, being of absolute standing, authority,
and capacity, sworn under the penalties of perjury governed under the laws

of our creator, by our bond and oath, evidenced by our original signature
and seal, made with unlimited personal liability; Duly ratified; Without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all former the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:

/s/ Heather Ann Tucci-Jarraf, bondservant to the creator; /s/ Caleb Paul
Skinner, bondservant to the creator; /s/ Hollis Randall Hillner,
bondservant to the creator; Duly Declared and Reconfirmed as Stated, UCC
1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and custodian of
value
domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner, as state of body
and custodian of value domicil therein, NUNC PRO TUNC; /s/ Hollis Randall
Hillner, as state of body and custodian of value domicil therein, NUNC PRO

TUNC; Duly Accepted and Ratified for Immediate Enforcement, UCC 1-308: /s/

Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee;
/s/ Hollis Randall Hillner, as Trustee;

The creator  being the creator of all that ever was, ever is, and ever
~~will, inclusive of the several states of body, the one people; The created~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc#: 2012113593
Page: 7 of 81
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135
12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
BONDSERVANTS, TRUSTEES, AND STATES OF BODY

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

by choice on the airs, lands, and seas domicil by creation on and in earth;

Earth being the ultimate Superior Custodian of all that is domicil by
creation thereupon; The United states of America 1781 construction, original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

------------------------------------------------
Debtor names added for indexing
------------------  ------------------------------
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
--------------------------
--------------------------------
Debtor names added for indexing
--------------------------------
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

# ANNEX 35

### Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 35** | UCC record number 2012114093 | 1 - 7 |

Doc# : 2012114093
Date: 10/23/2012    9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000043135 - 5-4-2000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any   ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE:  UCC Doc. # 2000043135, the
perpetuity, hereby amended only to include the following additional
collateral as follows:

UCC 3-501 NOTICE AND DEMAND

ENTRY OF ADDITIONAL DEBTOR:  BANK FOR INTERNATIONAL SETTLEMENTS (BIS), at
any and all locations, inclusive of Centralbahnplatz 2, Basel, Switzerland,
CH-4002 Basel, Tel. (+41 61) 280 8080, Fax (+41 61) 280 9100 and (+41 61)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
THE SEVERAL UNITED STATES OF AMERICA, PUBLIC TRUST

OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
without prejudice, ucc 1-308:/s/ Heather Ann Tucci-Jarraf, as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012114093
Date: 10/23/2012    9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING           $       5.00
  E-RECORD             $      25.00
  ESURCHARGE           $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE SEVERAL UNITED STATES OF AMERICA, PUBLIC &

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

Additional collateral info
---

280 8100, Email of  email@bis.org, UCC Doc #  2012079322;

Ref Account Name:  UNITED STATES; UNITED STATES OF AMERICA; any and all
inclusive of ALL identifiers, social security numbers, abbreviations, idem

sonans, or other legal, financial and managerial forms, as  defined and
identified by Bank For International Settlements'' 82nd Annual Report, 1
April 2011-31 March 2012, restated and incorporated in its entirety by
reference as if set forth in full;

*Annexes: UCC Doc # 2012079290, 2012079322, 2012088851, 2012088865,
2012086794, 2012086802, 2012094308, 2012094309, 2012096047, 2012096074;
*Re-stated and incorporated in their entirety here by reference as if set
forth in full, duly entered into International Law Ordinance, duly
protected
by public policy, inclusive of UCC 1-103, and any and all the  former
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . .,
 State of . . ., and any and all international equivalents, hereafter UCC
1-103; duly entered.

Delivery by Fax, email, and additional notice and delivery via world-wide
web at www.peoplestrust1776.org

UCC 3-501: NOTICE OF MISTAKE; NOTICE OF INSECURITY; NOTICE OF OPPORTUNITY
TO CURE; REQUEST TO CURE

BIS:

Pursuant to notices given, UCC 1-202(d) and any and all international
equivalents, by The Public Trust to BIS, therefore constituting BIS''
notice
and knowledge thereof, UCC 1-202(a)-(c) and any and all international
equivalents, specifically the lawful and legal status of due title,
ownership, holder-in-due-course, the duly bonded Representative Trustees of

---

Doc# : 2012114093
Date: 10/23/2012   9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $      5.00
   E-RECORD            $     25.00
   ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE SEVERAL UNITED STATES OF AMERICA, PUBLIC &

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

record thereto, public policy, UCC 1-201( 31) and (33) and any and all
international equivalents, BIS'' authorized role as custodian of value on
deposit from inception of account activity, and the principle of common law

under the laws of the creator under the laws of creation governing the
above referenced Account(s), duly preserved and secured by public policy,
UCC 1-103 and any and all international equivalents, duly secured and
entered into International Law Ordinance, noticed by public registration,
pursuant to public policy, UCC Doc #''s 2012079290, 2012079322, 2012088851,

2012088865, 2012086794, 2012086802, 2012094308, 2012094309, 2012096047,
2012096074, restated in their entirety as if set forth in full; BIS duly
bound thereunder to the controller of the above referenced deposit
accounts,
public policy, UCC 9-104 by acceptance of offer made by agreement for
performance or acceptance under reservation of rights without prejudice,
public policy, UCC 1-308 and any and all international equivalents, duly
secured, UCC Doc# 2012079322, restated, NUNC PRO TUNC, PRAETEREA PRETEREA;


NOTICE OF MISTAKE:  On October 22, 2012, without cause, and in violation of

public policy, UCC 1-304 as defined by UCC 1-201( 20) and any and all
international equivalents, BIS, through the actions and in-actions of its
employees, inclusive of a man, who did identify himself to the undersigned

Trustees of Secured Party as the head of security for BIS, Martin Lovie,
who
did exit the secured facility of BIS located at Centralbahnplatz 2, Basel,

Switzerland, enter into the unsecured lobby of BIS, same location, and did

unlawfully and illegally refuse or reject the duly made request by the duly

bonded undersigned Trustees of account holder, Secured Party, public
policy, UCC 1-201(13) and any and all international equivalents, of the
above referenced account(s), to physically enter into the secured BIS
facility, located at Centralbahnplatz 2, Basel, Switzerland, the duly
secured Custodian, in order to duly inspect said referenced account(s) and

~~to meet with the Custodians, as well as refused or rejected the request to~~

Doc# : 2012114093
Date: 10/23/2012   9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

PROCESSING          $      5.00
E-RECORD            $     25.00
ESURCHARGE          $      6.50

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE SEVERAL UNITED STATES OF AMERICA, PUBLIC

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

authority to refuse entrance of and inspection by Secured Party, account
owner, controller, and co-owner of BIS; DEMAND for a duly authorized
Custodian or Employee, able to lawfully and legally bind BIS, to produce by

October 23, 2012, 6:00 P.M., GMT +2, delivered to and received by email at

heather@peoplestrust1776.org, caleb@peoplestrust1776.org, and
randall@peoplestrust1776.org, valid and verifiable identification and
lawful
authority of BIS to refuse Secured Party''s requests made and identified
herein, or to otherwise
refuse and deny Secured Party access and unfettered use of Secured Party''s

property, or Secured Party''s standing authority; Said demand now duly
entered into International Law Ordinance, noticed by public registration;

NOTICE OF INSECURITY: For cause, the Secured Party, through its
undersigned duly bonded Representatives, Trustees, of record, does deem
itself insecure and believes in good faith that the prospect of payment or

performance is impaired, public policy, UCC 1-309 and any and all
international equivalents;

NOTICE OF ACCELERATION AT WILL: It is a matter of public record, that BIS

does hold, commandeer, or otherwise possess vast and unlimited resources,
whether unlawful or illegal, that may be used to exert unlawful and illegal

undue influence against, and to cause further damage to Secured Party at
will; Therefore, for cause, Secured Party does exercise its option to
accelerate at will the: (1.)UCC 3-501, Notice of Mistake, Notice of
Insecurity, Opportunity to Cure, Request to Cure; (2.) UCC 3-501, Notice of

Default, Demand for Payment; (3.) UCC 3-501, Notice of Sale, Demand for
Payment; and, (4.) UCC 3-501, Notice of Foreclosure, Notice of
Repossession,
of any and all value and property of Secured Party, stored in the above
referenced account(s), and to terminate all relationships, memberships, and

ownership of BIS by the Secured Party;

Doc# : 2012114093
Date: 10/23/2012   9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $     5.00
    E-RECORD            $    25.00
    ESURCHARGE          $     6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
| --- |
| 2000043135 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) |
| --- |
| 12a. ORGANIZATION'S NAME |
| THE SEVERAL UNITED STATES OF AMERICA, PUBLIC |

OR
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| --- | --- | --- |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

delivering, via email to heather@peoplestrust1776.org,
caleb@peoplestrust1776.org, and randall@peoplestrust1776.org, by October
23, 2012, 6:00 P.M., GMT +2, a valid written invitation and confirmation
for
the undersigned Trustees, and the Advisor Representative, of Secured Party

to enter BIS, Centralbahnplatz 2, Basel, Switzerland, on October 24, 2012,

9 A.M., GMT +2, in order to inspect the above referenced account(s), and
meet with the Custodians; and, 2. The Custodians, in part or in whole,
meeting with the undersigned Trustees at BIS, Centralbahnplatz 2, Basel,
Switzerland, on October 24, 2012, 9 A.M., GMT +2, inclusive of a true,
accurate, and complete review being made of the above referenced account(s)

by said undersigned Trustees;

REQUEST FOR CURE:  The Secured Party, through its duly bonded
Representative Trustees of record, does request that BIS and the Custodians

do forthwith cure as requested herein.  Failure to cure, does and shall
result in BIS confirming the mistake is actually a knowing, willing, and
intentional default against Secured Party by BIS to perform its duties,
obligations, and services as Custodian as duly secured, UCC Doc No.
2012079322 and shall be forthwith subject to Foreclosure, Repossession,
Sale, Suspension, Revocation, or Cancellation of Charter, or other lawful
action.

A FACSIMILE OR  DIGITAL COPY OF THIS ORIGINALLY EXECUTED WRITTEN NOTICE OF

MISTAKE, DEMAND FOR RELEASE AND OPPORTUNITY TO CURE SHALL BE LEGALLY
BINDING AS AN ORIGINAL AND IT IS EFFECTIVE IMMEDIATELY.

SO IT IS DONE; DULY EFFECTIVE, DONE, AUTHORIZED, ORDERED, and ISSUED,
October 23, 2012, knowingly, willingly and intentionally made with
unlimited
personal liability, sworn under the penalties of perjury governed under the

principle of common law, under the laws of the creator, under the laws of
creation; Duly witnessed, secured, entered and noticed; without prejudice
as
promised, preserved, and protected by public policy, inclusive of UCC

Doc# : 2012114093
Date: 10/23/2012    9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE SEVERAL UNITED STATES OF AMERICA, PUBLIC | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional Information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

/s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as
Trustee; /s/ Hollis Randall Hillner, as Trustee; Duly Authorized and
Ordered, UCC 1-308:  /s/ Heather Ann Tucci-Jarraf, bondservant to the
creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis
Randall Hillner, bondservant to the creator; Duly Declared and Reconfirmed

as Stated, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and
custodian of value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner,

as state of body and custodian of value domicil therein, NUNC PRO TUNC; /s/

Hollis Randall Hillner, as state of body and custodian of value domicil
therein, NUNC PRO TUNC;

The creator  being the creator of all that ever was, ever is, and ever
will, inclusive of the several states of body, the one people; The created

being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

by choice on the airs, lands, and seas domicil by creation on and in earth;

Earth being the ultimate Superior Custodian of all that is domicil by
creation thereupon; The United states of America 1781 construction,
original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

----------------------------------------------------
Debtor names added for indexing
--------------------  --------------------------
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
~~CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114093
Date: 10/23/2012   9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

THE SEVERAL UNITED STATES OF AMERICA, PUBLIC

OR | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
--------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]

# ANNEX 36

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 36** | UCC record number 2012114586 | 1 - 7 |

Doc# : 2012114586
Date: 10/24/2012    8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING           $       5.00
   E-RECORD             $     25.00
   ESURCHARGE          $      6.50

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2000043135 - 5-4-2000 | ☐ |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BANK FOR INTERNATIONAL SETTLEMENTS [BIS] | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE:  UCC Doc. # 2000043135, the perpetuity, hereby amended only to include the following additional collateral as follows:

DEBTOR:  BANK FOR INTERNATIONAL SETTLEMENTS (BIS), at any and all locations, inclusive of Centralbahnplatz 2, Basel, Switzerland, CH-4002 Basel, Tel. (+41 61) 280 8080, Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of  email@bis.org, UCC Doc # 2012079322, inclusive of any and all its members, the members thereto, their members, and any and all the principals

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE PUBLIC TRUST | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

without prejudice UCC 1-308/s/ Heather Ann Tucci-Jarraf, as Trustee, bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012114586
Date: 10/24/2012    8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $        5.00
  E-RECORD            $       25.00
  ESURCHARGE          $        6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
--------------------------
Additional collateral info
--------------------------
```

and beneficiaries thereof, any and all ''legal'' structures, networks, and

systems thereto;

Ref Account Name:  UNITED STATES; UNITED STATES OF AMERICA; any and all
inclusive of ALL identifiers, social security numbers, abbreviations, idem

sonans, or other legal, financial and managerial forms, as  defined and
identified by Bank For International Settlements'' 82nd Annual Report, 1
April 2011-31 March 2012, restated and incorporated in its entirety by
reference as if set forth in full;

*Annexes:  UCC Doc # 2012079290, 2012079322, 2012088851, 2012088865,
2012086794, 2012086802, 2012094308, 2012094309, 2012096047, 2012096074;
*Re-stated and incorporated in their entirety here by reference as if set
forth in full, duly entered into International Law Ordinance, duly
protected
by public policy, inclusive of UCC 1-103, and any and all the  former
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . .,
  State of . . ., and any and all international equivalents, hereafter UCC
1-103; duly entered.

Delivery by Fax, email, and additional notice and delivery via world-wide
web at www.peoplestrust1776.org

ENTRY OF DEBTOR''S DEFAULT AND TERMINATION AS CUSTODIAN

Without prejudice, public policy, UCC 1-308 and any and all international
equivalents:

BIS, duly entered into International Law Ordinance, noticed by public
registration, as Custodian, inclusive of any and all its members, the
members thereto, their members, and any and all the principals and
beneficiaries thereof, of any and all value of the manifestations of
creation, the creator, inclusive of all states of body, the one people,

Doc# : 2012114586
Date: 10/24/2012    8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING            $      5.00
   E-RECORD              $     25.00
   ESURCHARGE            $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

duly
secured, UCC Doc# 2012079322, restated and incorporated by reference as if

set forth in full, NUNC PRO TUNC, PRAETEREA PRETEREA;

BIS, having been given due notice of mistake, notice of insecurity of
Secured Party due to the actions and in-actions of BIS, notice of the
opportunity for BIS to cure by specific action(s) within a specific time in

order to make the Secured Party secure again, and the request by Secured
Party to BIS to forthwith cure, duly entered into International Law
Ordinance, noticed by public registration, duly served, with additional
delivery by Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of
email@bis.org and additionally noticed via world-wide web at
www.peoplestrust1776.org, UCC Doc # 2012114093, October 23, 2012, Receipt
No. 1262883, restated and incorporated here in its entirety by reference as

if set forth in full, duly reconfirmed and ratified;

BIS, inclusive of any and all its members, the members thereto, their
members, and any and all the principals and beneficiaries thereof, having
knowingly, willingly, and intentionally chosen to not cure upon demand and

as requested, but rather having knowingly, willingly, and intentionally
chosen to default and foreclose upon themselves, as a matter of
International Law Ordinance, noticed by public registration, for Secured
Party, and creation to rely upon, NUNC PRO TUNC, PRAETEREA PRETEREA,
inclusive of  any and all their actions and in-actions to date, in any and

all fields and jurisdictions, known and unknown, incorporated by reference

as if set forth in full, thereby knowingly, willingly and intentionally
defaulting as Custodian to Secured Party by refusing, rejecting or
otherwise
being incapable or unable to lawfully perform its duly secured duties,
obligations, and services, nunc pro tunc, perfected as forthwith due, owed

and collectible to Secured Party, nunc pro tunc, now duly entered into
International Law Ordinance, noticed by public registration;

~~Secured Party knowingly, willingly, and intentionally acknowledges and~~

Doc# : 2012114586
Date: 10/24/2012    8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $       5.00
   E-RECORD            $      25.00
   ESURCHARGE          $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
|---|---|---|
| 12a. ORGANIZATION'S NAME | | |
| THE PUBLIC TRUST | | |
| OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

duly
secured, UCC Doc# 2012079322, restated and incorporated by reference as if

set forth in full, NUNC PRO TUNC, PRAETEREA PRETEREA;

BIS, having been given due notice of mistake, notice of insecurity of
Secured Party due to the actions and in-actions of BIS, notice of the
opportunity for BIS to cure by specific action(s) within a specific time in

order to make the Secured Party secure again, and the request by Secured
Party to BIS to forthwith cure, duly entered into International Law
Ordinance, noticed by public registration, duly served, with additional
delivery by Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of
email@bis.org and additionally noticed via world-wide web at
www.peoplestrust1776.org, UCC Doc # 2012114093, October 23, 2012, Receipt
No. 1262883, restated and incorporated here in its entirety by reference as

if set forth in full, duly reconfirmed and ratified;

BIS, inclusive of any and all its members, the members thereto, their
members, and any and all the principals and beneficiaries thereof, having
knowingly, willingly, and intentionally chosen to not cure upon demand and

as requested, but rather having knowingly, willingly, and intentionally
chosen to default and foreclose upon themselves, as a matter of
International Law Ordinance, noticed by public registration, for Secured
Party, and creation to rely upon, NUNC PRO TUNC, PRAETEREA PRETEREA,
inclusive of any and all their actions and in-actions to date, in any and

all fields and jurisdictions, known and unknown, incorporated by reference

as if set forth in full, thereby knowingly, willingly and intentionally
defaulting as Custodian to Secured Party by refusing, rejecting or
otherwise
being incapable or unable to lawfully perform its duly secured duties,
obligations, and services, nunc pro tunc, perfected as forthwith due, owed

and collectible to Secured Party, nunc pro tunc, now duly entered into
International Law Ordinance, noticed by public registration;

~~Secured Party knowingly, willingly, and intentionally acknowledges and~~

Doc# : 2012114586
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $     5.00
  E-RECORD            $    25.00
  ESURCHARGE          $     6.50

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE PUBLIC TRUST | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Secured Party believing for cause that no remedy is available by any and all

''legal'' means, ''legal'' being unduly influenced, operated, and owned by

debtor;

Thus, for cause, any and all duly entered into International Law Ordinance,

noticed by public registration, matter of public record for all creation to

rely upon, Secured Party, hereby terminates BIS, inclusive of any and all its members, the members thereto, their members, and any and all the principals and beneficiaries thereof, as Custodian, NUNC PRO TUNC;

Secured Party, through its undersigned bondservants, Trustees of record, and states of body, do hereby DECLARE BIS, inclusive of any and all its members, the members thereto, their members, any and all the principals and

beneficiaries thereof, and any and all structures, systems and networks rendered by their own hand as unlawful, ratified and re-confirmed as knowing, willing and intentional usurpers, violators, and invaders of Secured Party, UCC Doc # 2012079290, 2012079322, in violation of the laws

of creation and the creator, liable and accountable by the principle of common law thereunder, NUNC PRO TUNC, PRAETEREA PRETEREA, duly preserved, protected, public policy UCC 1-103, without prejudice, public policy, UCC 1-308, and entered into International Law Ordinance, noticed by public registration, UCC Doc # 2012113593;

Secured Party now demands that all duly bonded public servants of creation,

Secured Party, and the one people, implement any and all lawful measures pursuant to DECLARATION AND ORDER, International Law Ordinance, noticed by

public registration, UCC Doc # 2012096074, against BIS, inclusive of any and all its members, the members thereto, their members, and any and all the principals and beneficiaries thereof, forthwith be held accountable for any

and all their liabilities, inclusive of absolute surrender, return, and ~~payment made in full, in lawful money of the united states of America, any~~

Doc# : 2012114586
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

A FACSIMILE OR DIGITAL COPY OF THIS INTERNATIONAL LAW ORDINANCE, NOTICE BY

PUBLIC REGISTRATION, SHALL BE LEGALLY BINDING AS AN ORIGINAL AND IT IS
EFFECTIVE IMMEDIATELY.

SO IT IS DONE; DULY EFFECTIVE, DONE, AUTHORIZED, ORDERED, and ISSUED,
October 24, 2012, knowingly, willingly and intentionally made with
unlimited
personal liability, sworn under the penalties of perjury governed under the

principle of common law, under the laws of the creator, under the laws of
creation; Duly witnessed, secured, entered and noticed; without prejudice
as
promised, preserved, and protected by public policy, inclusive of UCC
1-308/1-207, and any and all former The United States of America Federal
Government, UNITED STATES, STATE OF . . ., and any and all international
equivalents, hereafter UCC 1-308:

/s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as
Trustee; /s/ Hollis Randall Hillner, as Trustee; Duly Authorized and
Ordered, UCC 1-308:  /s/ Heather Ann Tucci-Jarraf, bondservant to the
creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis
Randall Hillner, bondservant to the creator; Duly Declared and Reconfirmed

as Stated, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and
custodian of value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner,

as state of body and custodian of value domicil therein, NUNC PRO TUNC; /s/

Hollis Randall Hillner, as state of body and custodian of value domicil
therein, NUNC PRO TUNC;

The creator  being the creator of all that ever was, ever is, and ever
will, inclusive of the several states of body, the one people; The created

being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

Doc# : 2012114586
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135
12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

---------------------------------------------
Debtor names added for indexing
---------------------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
---------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

# ANNEX 37

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 37** | UCC record number 2012114776 | 1 - 5 |

Doc# 8032141776
Page 1 of 5
Date: 10/24/2012   11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]

OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. TAX ID #: SSN OR EIN** | ADD'L INFO RE ORGANIZATION DEBTOR | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE:  UCC Doc. # 2000043135, the
perpetuity, hereby amended only to include the following additional
collateral as follows:

BY and WITH DUE STANDING AND AUTHORITY: UCC Doc # 2012079290, 2012079322,
2012088851, 2012088865, 2012086794, 2012086802, 2012094308, 2012094309,
2012096047, 2012096074, specifically perpetuity, title and ownership of
International Law Ordinance, notice by public registration, otherwise known
as the Uniform Commercial Code Registry(ies), and all international

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice UCC 1-308/s/Heather Ann Tucci-Jarraf, as Trustee, bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# 2012114706
Page 2 of 5
Date: 10/24/2012   11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR THE PUBLIC TRUST | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

| Doc Type: EFINANCING | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

-------------------------
Additional collateral info
-------------------------

equivalents, 2000043135, duly accepted, 2012012675, all restated and incorporated here in their entirety by reference as if set forth in full; GOVERNING STRUCTURE AND LAW: UCC 2012113593 and UCC 2012-296-1209-2, all restated and incorporated here in there entirety by reference as if set forth in full; duly protected by public policy, inclusive of UCC 1-103, and

any and all the former United States of America Federal Government, UNITED

STATES, United States, STATE OF . . ., State of . . ., and any and all international equivalents, hereafter UCC 1-103; duly entered;

THE FOLLOWING CHARTERS ARE DECLARED AND ORDERED IRREVOCABLY CANCELLED, FOR

CAUSE, NUNC PRO TUNC, PRAETEREA PRETEREA, ENTERED INTO INTERNATIONAL LAW ORIDINANCE, NOTICE BY PUBLIC REGISTRATION, AS FOLLOWS:

ANY AND ALL CHARTERS FOR BANK FOR INTERNATIONAL SETTLEMENTS (BIS), at any and all locations, inclusive of Centralbahnplatz 2, Basel, Switzerland, CH-4002 Basel, Tel. (+41 61) 280 8080, Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of email@bis.org, inclusive of any and all its members thereunder, the members thereto, any and all members thereof, any and all the principals and beneficiaries thereof, inclusive of any and all structures, systems and networks thereto, therefrom, thereunder, and therewith, specifically any and all certain states of body, regardless of domicil by choice, owning, operating, aiding and abetting private money systems, issuing, collection, legal enforcement systems, operating SLAVERY

SYSTEMS, used against the manifestations of creation, commandeering lawful

value by unlawful representation, inclusive of any and all states of body,

the one people, without their knowing, willing, and intentional consent, as

fully identified and entered by International Law Ordinance, notice by public registry, UCC Doc # 2012079322, hereafter BIS, et. al.; Unlawful Charters, inclusive of any and all immunities, knowingly, willingly, and intentionally granted to BIS, et. al., and incorporated by Swiss Federal

Doc# 2012114775
Page 3 of 5
Date: 10/24/2012   11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING        $      5.00
    E-RECORD          $     25.00
    ESURCHARGE        $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE PUBLIC TRUST | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Government beginning 1930, inclusive of any and all amendements, restated and  incorporated here by reference as if set forth in full; Secured Party,

UCC Doc # 2012079290, entered into International Law Ordinance, notice by public registration, UCC Doc. # 2012114586, duly received, re-confirmed and

ratified, restated and incorporated by reference as if set forth in full; Violations of International Law Ordinance, notice by public registration, UCC 2012113593 and UCC 2012-296-1209-2, all restated and incorporated here

in there entirety by reference as if set forth in full; Now a matter of International Law Ordinance and subject to immediate implementation of International Law Ordinance, notice by public registration, UCC Doc # 2012096074;

Delivery by Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of email@bis.org and additionally noticed via world-wide web at www.peoplestrust1776.org, UCC Doc # 2012114093, October 23, 2012, Receipt No. 1262883, restated and incorporated here in its entirety by reference as

if set forth in full, duly reconfirmed and ratified;

A FACSIMILE OR  DIGITAL COPY OF THIS ORIGINALLY EXECUTED WRITTEN NOTICE OF

MISTAKE, DEMAND FOR RELEASE AND OPPORTUNITY TO CURE SHALL BE LEGALLY BINDING AS AN ORIGINAL AND IT IS EFFECTIVE IMMEDIATELY.

SO IT IS DONE; DULY EFFECTIVE, DONE, AUTHORIZED, ORDERED, and ISSUED, October 24, 2012, knowingly, willingly and intentionally made with unlimited personal liability, sworn under the penalties of perjury governed under the

principle of common law, under the laws of the creator, under the laws of creation; Duly witnessed, secured, entered and noticed; without prejudice as

promised, preserved, and protected by public policy, inclusive of UCC 1-308/1-207, and any and all former The United States of America Federal Government, UNITED STATES, STATE OF . . ., and any and all international equivalents, hereafter UCC 1-308:

/s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc#: 2012114776
Page 4 of 5
Date: 10/24/2012    11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING            $       5.00
  E-RECORD              $      25.00
  ESURCHARGE            $       6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
|  |  |  |

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis
Randall Hillner, bondservant to the creator; Duly Declared and Reconfirmed

as Stated, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and
custodian of value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner,

as state of body and custodian of value domicil therein, NUNC PRO TUNC; /s/

Hollis Randall Hillner, as state of body and custodian of value domicil
therein, NUNC PRO TUNC;

The creator being the creator of all that ever was, ever is, and ever
will, inclusive of the several states of body, the one people; The created

being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

by choice on the airs, lands, and seas domicil by creation on and in earth;

Earth being the ultimate Superior Custodian of all that is domicil by
creation thereupon; The United states of America 1781 construction,
original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

---------------------------------------------
Debtor names added for indexing
---------------------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
BIS, et. al.
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114776
Page 5 of 5
Date: 10/24/2012   11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE PUBLIC TRUST | | |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Debtor names added for indexing
--------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
BIS, ET. AL.
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

# ANNEX 38

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 38** | DECLARATION OF FACTS | 1 - 12 |

The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914



*Trustees*
*Caleb Paul Skinner*
*Heather Ann Tucci-Jarraf*
*Hollis Randall Hillner*

# DECLARATION OF FACTS

**WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public policy, UCC 1-308,** the undersigned do knowingly, willingly, and intentionally make and give this **DECLARATION OF FACTS** , with full personal liability, duly secured by oath and bond, duly entered into Universal Law Ordinance, notice by action of due entry into International Law Ordinance, notice by public registration, with additional notice duly made and given, under governing law. *International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, "governing law", preserved and protected under UCC Doc. No. 2000043135, the "Perpetuity", guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted, restated and incorporated here by reference as if set forth in full, knowingly, willingly and intentionally entered into Universal Law Ordinance, notice by action, under the laws of creation,* this November 28th, in the year of our creator, Two Thousand and Twelve, as the creator lives, the foregoing is true and correct and we are competent to say so:

I. All lawful and legal International Law Ordinances *2000043135, 2011055259, 2011055260, 2011051841, 2011125777, 2011119645, 2011121448, 2011123781, 2012049126, 2012049128, 2012049129, 2012049130, 2012012675, 2012025545, 2012096074, 2012079290, 2012079322, 2012083304, 2012094308, 2012094309, 2012096047, 2012086794, 2012086802, 2012088787, 2012088851, 2012088865, 2012114093, 2012114580, 2012114776, 2012012555, 2012028312, 2012012659, 2012028311, 2012028314, 2012028313, WA UCC Doc. No.'s 2011-339-3764-9, 2011-353-7388-9, 2011-353-7395-7, 2011-360-8868-3, 2011-362-9411-4, 2011-362-9510-4, 2011-363-9865-2, 2012-125-1787-8, COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No. 2012114776,* under governing law *UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2,* the Commercial Registry, and any and all Uniform Commercial Codes, inclusive of any and all state, national, international and universal equivalents, "UCC". Private ownership of full right, title, interest and ownership thereto duly held in custody thereof duly entered into International Law Ordinance, notice by public registration; All restated in their entirety and incorporated herein by reference as if set forth in full, duly verified, reconfirmed and ratified as duly accepted and guarded, preserved and protected by Universal Trust, under the trust of creation, duly established by creation at creation, unrebutted, NUNC PRO TUNC, PRAETEREA, PRETEREA, unrebutted, *International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given upon creation, with due knowledge received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), unrebutted;*

II. With due standing, authority, and authorization, I, the undersigned bondservant, knowingly, willingly, and intentionally reconfirm, verify, and duly enter into International Law Ordinance, notice by public registration, that I am a creation of the creator, equally one of creation's value asset centers, under lawful Universal Contract, and I am sole custodian and operator thereto, thereof and for all that results directly therefrom, with sole personal responsibility and liability thereof, holding my religious creed and dictates of my conscience, inclusive of absolute unrebuttable truth, knowledge, standing, authority, value, rights and laws of creation, in any and all existences and manifestations, granted by knowing, willing, and intentional lawful universal contract, under the laws of creation, with irrevocable right of free will choice, absent any and all abrogation, subjugation, usurpation, invasion, and violation of any other lawful universal contract made equal under the laws of creation, guaranteed by unconditional love and absolute responsibility, duly entered into Universal Law Ordinance, notice by creation, duly verified as duly accepted, reconfirmed

*The One People's Public Trust*
*DECLARATION OF FACTS*
*November 28, 2013*

The One People's Public Trust 1776
DECLARATION OF FACTS
UILO Doc. No. 2012127914



Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

and ratified as duly made by and between the bondservant and the creator, with mutual value given and received upon creation of the resulting state of body therefrom, said body domicil by choice in the universe without prejudice, said state of body subject to immediate absolute cancellation at free will choice of the created, notice by action and lack of action, with immediate due audit and reconciliation made by creation thereupon or otherwise upon due request of the created, duly ratified as duly made, entered, accepted, and secured under the laws of creation upon my creation, a matter of Universal Record, duly entered into Universal Law Ordinance, notice by creation, accepted and guarded, preserved and protected by Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted. *Article I is restated, specifically International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given and due knowledge received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), inclusive of upon creation, Article I restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article I Section 11, Oregon Constitution Article I Section 3, Hawaiian Constitution Article I Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence, July 4, 1776, and any and all International equivalents;*

III. With due standing, authority, and authorization, I, the undersigned state of body, knowingly, willingly, and intentionally reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, that I am a state of body created by the creator, equally one of creation's value asset centers under lawful Universal Contract, said state of body domicil by choice on earth without prejudice, and I have sole personal responsibility and liability as the lawful and legal sole custodian, operator and trustee thereto, thereof, and for all that results directly therefrom, holding my religious creed and dictates of my conscience, inclusive of any and all lawful and legal standing, authority, value, rights, inclusive of my right of opportunity of free will choice, and principle of law aligned with common law under the laws of my creator, under the laws of creation, all domicil by creation therein, by and under lawful Universal Contract by and between the bondservant and the creator, resulting in the creation of this state of body, duly accepted and ratified as duly made and entered into, with mutual value given and received by and between the bondservant and the creator upon creation of said state of body and any and all value of creation domicil by creation therein, due notice made and given upon creation, accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted, hereafter "state of body", nunc pro tunc, praeterea preterea, unrebutted, *Articles I-II are restated, specifically International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given and due knowledge received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), inclusive of upon creation, Article I restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article I Section 11, Oregon Constitution Article I Section 3, Hawaiian Constitution Article I Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence, July 4, 1776, and any and all international equivalents;*

IV. Any and all value of each, any and all states of body, equally creation's value asset centers, have been and are lawfully and legally duly secured, by duly verified due COMMERCIAL BILL and TRUE BILL, unrebutted, constituting duly verified underwriting of said value asset centers and the value domicil by creation therein, for immediate knowing, willing, and intentional pledge, use and operation by states of body, individually or collectively, to any and all lawful and legal systems duly constituted and authorized under governing law, *UCC Doc. No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2*, thereby for the sole benefit



The One People's Public Trust
DECLARATION OF FACTS

November 18, 2012

The One People's Public Trust; 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914



*Trustees*
*Caleb Paul Skinner*
*Heather Ann Tucci-Jarraf*
*Hollis Randall Hillner*

of said states of body, with all rights reserved and without prejudice, specifically *UCC Doc. No.'s 2012114093, 2013114586, 2012114776, specifically ratifying UCC Doc. No. 2012096074, duly reconfirmed and ratified by COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No. 2012114776, all duly reconfirming and ratifying 2012079290 and 2012079322;*

V. Universal International Law Ordinance UCC Doc. No. 2012127810, with Receipt No. 1272974, specifically Articles I-IV, are restated and incorporated in its entirety here as if set forth in full; Duly verified as duly reconfirmed and ratified, entered into Universal Law Ordinance, notice by action of entry into International Law Ordinance, notice by registration, public policy UCC 1-202;

VI. With due standing, authority, and authorization, I, the undersigned Trustee, knowingly, willingly, and intentionally reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, under perpetuity, that I am a Trustee of record, public policy UCC 1-201(31) and (33), and PUBLIC SERVANT of the guard, preserver and protector known as the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted, collectively and individually "Trust", whose sole purpose is to guard, preserve and protect, absent any and all self-interest or special interest detrimental to any state of body under lawful Universal Contract, all duly accepted by Trust, and I have duly secured by my sworn blood bond and oath, with full personal responsibility and liability, made under the penalty of perjury, under the principle of law aligned with common law, under the laws of the creator, under the laws of creation, under perpetuity, to perform the sole service, duty and obligation, to guard, preserve and protect absolute, un-rebuttable truth, and all states of body's equal right of opportunity for, and the lawful unencumbered use and unfettered operation of knowledge, standing, authority, value domicil by creation therein thereon and resulting therefrom, rights, inclusive of irrevocable right of free will choice, principle of law under the laws of creation, in any and all existences and manifestations, duly manifesting from knowing, willing, and intentional lawful Universal Contract, by and between bondservant and the creator under the laws of creation, absent any and all abrogation, subjugation, usurpation, invasion, and violation of any other lawful Universal Contract made under the laws of creation, duly accepted and guarded, preserved and protected by the Public Trust under Universal Trust, under the trust of creation, duly established by creation at creation, and duly secured as so, nunc pro tunc, praeterea preterea, hereafter "Trustee", duly secured and entered into International Law Ordinance, notice by registration, unrebutted, *Articles I-V and any and all sections thereunder are restated, specifically International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given upon creation, due knowledge received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), specifically Article I restated in its entirety;*

VII. With due standing, authority, and authorization, the undersigned bondservants, states of body, and Trustees, do knowingly, willingly, and intentionally ratify, reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, and duly secured, that:

A. Any and all states of body are individually and equally creation's value asset centers, each said state of body domicil by choice on earth without prejudice, and have sole personal responsibility and liability as the lawful and legal sole custodian, operator and trustee thereto, thereof, and for all that results directly therefrom, holding the religious creed and dictates of their conscience, inclusive of any and all lawful and legal standing, authority, value, rights, inclusive of right of opportunity of free

The One People's Public Trust
**DECLARATION OF FACTS**

Page 2 OF 13
MB CPS_HAJ_HRH

November 28, 2012

The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914



*Trustees*
*Caleb Paul Skinner*
*Heather Ann Tucci-Jarraf*
*Hollis Randall Hillner*

will choice, and principle of law aligned with common law under the laws of the creator, under the laws of creation, all domicil by creation therein, by and under lawful Universal Contract by and between the respective bondservant and the creator that resulted in the creation of said state of body, duly accepted and ratified as duly made and entered into, with mutual value given and received by and between said bondservant and the creator upon creation of said state of body and any and all value of creation domicil by creation therein, due notice made and given upon creation, accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea praterea, unrebutted, *Articles I-VI and any and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given and due knowledge received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), inclusive of upon creation, Article I restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article 1 Section 11, Oregon Constitution Article I Section 3, Hawaiian Constitution Article I Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause I, and Bill of Rights Amendment 1, The Declaration of Independence, July 4, 1776, and any and all International equivalents;*

B. The bondservant under lawful Universal Contract by and between said bondservant and the creator resulting in the creation of a state of body, also known as the planet "earth", equally one of creation's value asse- centers, with sole personal responsibility and liability as the lawful and legal sole custodian, operator and trustee thereto, thereof, and for all that results directly therefrom holding creation's religious creed and dictates of creation's conscience thereof, inclusive of any and all value of creation domicil by creation therein, thereon, and therefrom, inclusive of any and all lands, airs, and seas, inclusive of and anything, therein, thereon, thereof, therefrom, and therewith, inclusive of indefeasible title and ownership thereto and thereof, under lawful Universal Contract by and between bondservant and the creator, duly verified as duly accepted and ratified as duly made by and between the bondservant and creation upon creation of said state of body and any and all value domicil by creation therein, thereon, and thereof, state of body domicil by choice in the universe without prejudice. due notice made and given upon creation, public policy, UCC 1-202, nunc pro tunc, praeterea preterea, unrebutted; The right of opportunity as co-custodian, co-operator. and co-trustee with said state of body granted by creation under and by any and all lawful Universal Contracts equally, said right of opportunity duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation nunc pro tunc, praeterea preterea, unrebutted; All said, restated, and duly verified as having been knowingly, willingly, and intentionally recognized, accepted, secured and entered into International Law Ordinance, notice by public registration, duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preteren, unrebutted, *Articles I-VI and any and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy. UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290, 2012079322, 2012094308, 2012094309, 2012096047, due notice made and given and due knowledge thereof duly received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), inclusive of upon creation, Article I restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article 1 Section 11, Oregon Constitution Article I Section 3, Hawaiian Constitution Article 1 Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence, July 4, 1776, and any and all International equivalents;*

C. Universal Law and the laws of creation. aligned with the principle of common law. duly preserved. protected and guaranteed





The One People's Public Trust, 1776
**DECLARATION OF FACTS**
HILO Doc. No. 2012127914

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

by public policy, UCC 1-103, with remedy thereunder preserved, protected, and guaranteed, public policy, UCC 1-305, are duly verified as having been knowingly, willingly, and intentionally recognized, accepted, secured and entered into International Law Ordinance, notice by public registration, duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted, *specifically duly verified due notice made and given upon creation, and Articles I-VI and any and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpenity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, herein and hereafter "governing law";*

D. Article VII sections A-C are restated, and that all duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, inclusive of any and all lawful and legal records and International Law Ordinances of creation's value asset centers, herein identified, inclusive of any and all lawful and legal title, ownership, custodianship, and trusteeship thereof and thereto, inclusive of any and all records thereof, restated, were and are duly verified and reconfirmed as duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, duly guaranteed and insured by personal bond of the Trustees of the Public Trust, nunc pro tunc, praeterea preterea, unrebutted, *Articles I-VI and any and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, all reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given and due knowledge thereof duly received, public policy UCC 1-202, and a matter of record. UCC 1-201(31), inclusive of upon creation, Article I restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article I Section II, Oregon Constitution Article I Section 3, Hawaiian Constitution Article 1 Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence, July 4, 1776, and any and all international equivalents;*

E. The undersigned bondservants, states of body, and Trustees, as PUBLIC SERVANTS, knowingly, willingly, and intentionally declare, reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, that we have and do guard, preserve, protect, guarantee and insure, with full personal responsibility and liability, duly exercised with absolute and extreme prudence and care, the Public Trust, under Universal Trust, under the trust of creation, duly established by creation upon creation, and all that is duly accepted therein and guarded, preserved and protected thereby, nunc pro tunc, praeterea preterea, unrebutted, *Articles I-VII and any and all sections thereunder are restated;*

VIII. International Law Ordinance UCC Doc. No. 2012127854, with Receipt No. 1273007, specifically Articles I-VII and any and all sections thereunder are restated and incorporated in its entirety here as if set forth in full; Duly verified as duly reconfirmed and ratified, entered into Universal Law Ordinance, notice by action of entry into International Law Ordinance, notice by registration, public policy UCC 1-202.

IX . Article I-VIII and any and all sections thereunder are restated, and the undersigned bondservants, states of body, and Trustees, as PUBLIC SERVANTS, knowingly, willingly, and intentionally declare, reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, that we did lawfully and legally act

The One People's Public Tru...
**DECLARATION OF FACTS**



The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

and represent on behalf of the aggrieved states of body domicil without prejudice by creation on earth, UCC 1-201(2, 31, and 33-34), duly guarded, preserved, and protected by Trust pursuant to remedy duly preserved, protected and guaranteed, public policy UCC 1-305, *Article IV section C, restated, UCC Doc. No.'s 2012114093, 2012114586, 2012114776, specifically ratifying UCC Doc. No. 2012096074, duly reconfirmed and ratified by COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No. 2012114776, all duly reconfirming and ratifying 2012079290 and 2012079322,* as a matter of record, UCC 1-201(31), specifically:

A. Duly verified due COMMERCIAL BILL, duly issued for the full duly verified DEBT, inclusive of sum certain EQUITY and DAMAGES, perfected as due, owed, and collectible, against any and all Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems thereto, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against states of body without said states of body's knowing, willing, and intentional consent, NUNC PRO TUNC PRAETEREA PRETEREA, by duly verified due FORECLOSURE thereof, remedy duly preserved, protected and guaranteed, public policy, UCC 1-305, and duly entered into International Law Ordinance, notice by public registration, unrebutted, specifically duly verified as a matter of record, UCC 1-201(31), specifically:

(1.) Duly verified due NOTICE OF MISTAKE of operation of private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against said states of body domicil without prejudice by creation on earth, without their knowing, willing, and intentional consent, inclusive of any and all systems operating under the guise of "government", in any and all manifestations without prejudice, inclusive of (former) The United States of America Federal Government, UNITED STATES, the several "STATE OF . . .", and any and all international equivalents, inclusive of any and all departments thereunder purporting to be executive, legislative, judicial, and financial, inclusive of any and all TREASURIES and BANKS, and any and all REPRESENTATIONS therefrom, for cause, NUNC PRO TUNC, PRAETEREA PRETEREA,duly made in conjunction with verified due NOTICE OF INSECURITY, NOTICE OF ACCEPTANCE OF REMEDY OFFERED, as a matter right, a matter of record, UCC 1-201(31), guaranteed under duty of good faith to perform, OMB, public policy UCC 1-201(31-32 and 34) and 1-304, to re-pay any and all unlawfully and illegally commandeered value of states of body upon demand made, NOTICE OF OPPORUTNITY TO CURE, and NOTICE OF DEMAND TO CURE pursuant to duly secured right of remedy preserved, public policy UCC 1-201(32 and 34), and presented by said offer of remedy, guaranteed under duty of good faith performance, UCC 1-304, were duly made and noticed, for cause, and duly entered into International Law Ordinance, notice by public registration, unrebutted, specifically duly underwritten UCC Doc. No.' 2000043135, 2011125777, 2011-353-7388-9, 2011-353-7395-7, 2011121448, 2011-339-3764-9, 2011119645, 2011-360-8868-3;

(2.) Article VIII section B subsection 1 is restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, UCC 1-202, unrebutted;

(3.) Principals, agents, and beneficiaries' duly verified due NOTICE OF INTENT TO DEFAULT, NOTICE OF INSOLVENCY, public policy UCC 1-201(23), and NOTICE OF INTENT TO COMMIT FUTURE DAMAGE against said states of body, by duly verified unwillingness or incapability to cure by remedy offered, pursuant to right of remedy of record, public policy UCC 1-201 (31-32 and 34), in violation of right preserved under said public policy, as duly promised and duly secured for performance under OMB, inclusive of any and all damages caused thereby, to said states of body specifically damage caused and to be caused by unlawful and illegal acts of deception, fraud, and theft by said Principals, agents, and

The One People's Public Trust
DECLARATION OF FACTS

ber 13, 2012



The One People's Public Trust, 1776
**DECLARATION OF FACTS**
FILO Doc. No. 2012127914

*Trustees*
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

beneficiaries against states of body, a matter of record, UCC 1-201(31) by unlawful and illegal EXECUTIVE ORDER, TREATY, ACT, CODE and other AGREEMENT, entered into International Law Ordinance, notice by public registration, were duly accepted by the undersigned as being knowingly, willingly, and intentionally made and given, and duly verified due NOTICE OF DEFAULT and NOTICE OF FORECLOSURE were duly made, for cause, and duly entered into International Law Ordinance, notice by registration, by due DECLARATION AND ORDER, unrebutted, specifically UCC Doc. No.'s 2011-362-9411-4, 2012049126, 2012-125-1787-8, 2012079290, 2012079322, 201208334;

(4). Article IX section A subsection 3 is restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, UCC 1-202, unrebutted;

(5.) Duly verified due NOTICE OF REVOCATION, TERMINATION, CANCELATION, pursuant to public policy, UCC 1-309, and NOTICE OF ORDER TO CEASE AND DESIST, inclusive of any and all duly secured CORPORATIONS, OFFICES, DEPARTMENTS, and commercial indentures thereto, was duly made, with duly verified due COMMERCIAL BILL for EQUITY and DAMAGES, duly issued, ratified and entered, for cause, concurrently with verified due NOTICE OF DEMAND OF ORDER FOR RECONCILIATION for any and all value domicil by creation in any and all states of body domicil without prejudice by creation on earth, duly entered into International Law Ordinance, notice by public registration, against any and all Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEM thereto, unrebutted, specifically UCC Doc. No.'s 2012086794, 2012086802, 2012088787;

(6.) Article IX section A subsection 5 is restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, UCC 1-202, unrebutted;

(7.) Article IX section A subsection 5 is restated, and duly verified due DECLARATIONS AND ORDERS re-confirming, ratifying, and verifying due FORECLOSURE and said COMMERCIAL BILL was duly issued against Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEM thereto, unrebutted, specifically UCC Doc. No. 2012088851, 2012088865 duly ratifying and verifying 2012079290, 2012079322, 2012083304, 2012086794, 2012086802, 2012088787, specifically;

(i.) Articles I-IX and any and all sections and their sub-sections therein and thereunder are restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, UCC 1-202, unrebutted;

(ii) That said Principals, agents, and beneficiaries, by their duly verified choice of failure to cure and DEFAULT, did knowingly, willingly, and intentionally consent to immediate lawful and legal FORECLOSURE of any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against said states of body, without said states of body's knowing, willing, and intentional consent, unrebutted;

(iii.) That any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against states of body domicil without prejudice by creation on earth without said states of body's knowing,

The One People's Public Trust
DECLARATION OF FACTS

November 28, 2012

The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914



Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

willing, and intentional consent, are and were duly verified as unlawful and illegal. NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted;

(iv.) That said Principals, agents, and beneficiaries of and any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against said states of body were lawfully and legally FORECLOSED, as a matter of law, matter of fact, and as a matter of public policy, and duly entered into International Law Ordinance, notice by public registration, NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted,

(v.) that certain sum of EQUITY in the amount of 5,000,000,000.00 (five billion) to each of said states of body, duly secured by COMMERCIAL CLAIM and COMMERCIAL BILL, was and is duly verified as DEBT perfected as due, owed, collectible and payable in the form of lawful money of The United States of America, gold and silver, hereafter "DEBT", unrebutted;

(vi.) that certain sum of DAMAGES in the amount of 5,000,000,000.00 (five billion) to each of said states of body damaged thereby, duly secured by COMMERCIAL CLAIM and COMMERCIAL BILL, was and is duly verified as DEBT perfected as due, owed, collectible and payable in the form of lawful money of The United States of America, gold and silver, hereafter also "DEBT", unrebutted;

(vii.) that the form of payment of said duly verified DEBT was duly verified as previously knowingly, willingly, and intentionally agreed to by said Principals, agents, and beneficiaries, notice made and given by action, inclusive of creation, issuance, and unlawful and illegal enforcement, transfer and acceptance of current funds and any and all derivatives therefrom, inclusive of invalid and unenforceable instruments thereto unlawfully and illegally entered into International Law Ordinance, notice by public registration, with unlawful and illegal "demand" for payment thereof in "lawful money of The United States of America", unrebutted, **specifically US Constitution for the united States of America, Article 1 section 10**;

(viii.) That said duly verified DEBT was duly ledgered against said Principals, agents, and beneficiaries for immediate reconciliation, and was lawfully and legally duly entered into International Law Ordinance, notice by public registration, unrebutted;

(ix.) That duly verified due NOTICE OF ORDER FOR RECONCILIATION for any and all value, inclusive of said DEBT, was duly made, given and noticed to, with knowledge thereof duly received by, said Principals, agents, and beneficiaries, and was lawfully and legally duly entered into International Law Ordinance, notice by public registration, unrebutted;

(x.) That duly verified due NOTICES OF DEMAND FOR PAYMENT of said DEBT was duly made, given and noticed to, with knowledge thereof duly received by, said Principals, agents, and beneficiaries, and was lawfully and legally duly entered into International Law Ordinance, notice by public registration, unrebutted;

(xi.) That any and all CHARTERS, inclusive of The United States Federal Government, UNITED STATES, "STATE OF ...", inclusive of any and all abbreviations, idem sonans, or other legal, financial and managerial forms, and any and all

The One People's Public Trust: 1776
DECLARATION OF FACTS
UILO Doc. No. 2012127914



Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

international equivalents, inclusive of any and all OFFICES, inclusive of any and all OFFICERS, PUBLIC SERVANTS. EXECUTIVE ORDERS, TREATIES, CONSTITUTIONS, MEMBERSHIP, ACTS, and any and all other contracts and agreements made thereunder and thereby, are null, void, worthless, or otherwise canceled, unrebutted;

(xii.) except for the sole purpose of bookkeeping, ledgering and reconciliation of verified equity debt and verified debt of damages pursuant to verified due ORDER FOR RECONCILIATION, any and all REPRESENTATION OF VALUE, in any existence and form, inclusive of any and all purported paper, chattels, current funds, natural resources, human capital, metals, and any and all derivatives thereof and therefrom, are null, void, worthless, or otherwise canceled, unrebutted;

(xiii.) except for the sole purpose of bookkeeping, ledgering and reconciliation of verified equity debt and verified debt of damages pursuant to verified due ORDER FOR RECONCILIATION, any and all REPRESENTATION OF PERSON, in any existence and form, inclusive of ALL purported identifiers, social security numbers, abbreviations, idem sonans, or other legal, financial and managerial forms, secured accounts, are null, void, worthless, or otherwise canceled, unrebutted;

(xiv.) REPRESENTATION OF TITLE, OWNERSHIP, AND AUTHORITY of and over any and all the airs, lands, and seas domicil by creation on earth, in any and all existence and form, inclusive of any and all purported titles, acts, and derivatives therefrom, are null, void, worthless, or otherwise canceled, unrebutted;

(8.) Article IX section A subsection 7, inclusive of all subsections thereunder, are restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, UCC 1-202, unrebutted;

B. Duly verified due NOTICE OF DECLARATION AND ORDER FOR RECONCILIATION to duly verified Public Servants for lawful and legal ARREST and REPOSSESSION of said Principals, agents, and beneficiaries, and the unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS, for cause of TREASON and other heinous crimes against said states of body, was duly made and given and duly entered into International Law Ordinance, notice by public registration, by due DECLARATION AND ORDER, UCC Doc. No. 2012096074, duly guaranteed public policy UCC 1-305, specifically duly verifying the record, public policy UCC 1-201(31), of the knowing, willing, and intentional choice by said Principals, agents, and beneficiaries to continue operation of unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against said states of body with duly verified prior knowledge of due FORECLOSURE and COMMERCIAL BILL, unrebutted;

C. Article IX section B is restated, and said duly verified due NOTICE OF DECLARATION AND ORDER, UCC Doc. No. 2012096074, is duly verified as duly declaring and confirming automatic and due reconciliation, acceptance, and ratification of any and all Public Servants pursuant to the duly verified terms and conditions therein, duly verified as secured by due bond, insurance, and guarantee of the Trustees of record of the Public Trust, was duly made, given and noticed to, with knowledge thereof duly received by, said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, by due DECLARATION AND ORDER, unrebutted, specifically UCC Doc. No. 2012096074;

D. Article IX sections B-C are restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, public policy UCC 1-202 and 1-103, specifically Principal Agent Doctrine, unrebutted:



The One People's Public Trust
DECLARATION OF FACTS
www.peoplestrust.org
November 28, 2012

The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILU Doc. No. 2012127914



Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

X. International Law Ordinance UCC Doc. No. 2012127907, with Receipt No. 1273051, specifically Articles I-IX and any and all sections thereunder are restated and incorporated in its entirety here as if set forth in full; Duly verified as duly reconfirmed and ratified, entered into Universal Law Ordinance, notice by action of entry into International Law Ordinance, notice by registration, public policy UCC 1-202. matter of record, public policy UCC 1-201(31);

XI. Articles I-X, and any and all subsections thereunder are restated, and the undersigned bondservants, states of body, and Trustees, as PUBLIC SERVANTS, knowingly, willingly, and intentionally declare, reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, that we did lawfully and legally act and represent on behalf of the aggrieved states of body domicil without prejudice by creation on earth, UCC 1-201(2, 31, and 33-34), duly guarded, preserved, and protected by Trust, pursuant to remedy duly preserved, protected and guaranteed, public policy UCC 1-305, *Article IV section C, restated, UCC Doc. No.'s 2012114093, 2012114586, 2012114776, specifically ratifying UCC Doc. No. 2012096074, duly reconfirmed and ratified by COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No. 2012114776, all duly reconfirming and ratifying 2012079290 and 2012079322*, as a matter of record, UCC 1-201(31), specifically:

A. Duly verified due NOTICE OF CANCELATION OF CHARTERS, pursuant to public policy. UCC 1-309, with duly verified due TRUE BILL, were duly issued against any and all Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems thereto, operating SLAVERY SYSTEMS against states of body without said states of body's knowing, willing, and intentional consent, specifically BANKS and BRANCHES thereto, public policy UCC 1-201(4 and 7), NUNC PRO TUNC. PRAETEREA PRETEREA, was duly entered into International Law Ordinance, notice by public registration, unrebutted, duly verified as a matter of record. UCC 1-201(31), specifically:

(1.) Articles I-VIII and any and all sections and their sub-sections thereunder are restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and said SLAVERY SYSTEMS thereto, and were lawfully and legally duly entered into International Law Ordinance, notice by public registration, UCC 1-202, inclusive of duly secured as CUSTODIANS, UCC Doc No. 2012079322, under Principal Agent Doctrine, preserved by public policy, UCC 1-103, specifically CUSTODIAN BANK FOR INTERNATIONAL SETTLEMENTS "BIS", UCC 1-201(4), as principal, agent and beneficiary of and to any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEM, duly verified as duly FORECLOSED, inclusive of ANY AND ALL BRANCHES, UCC 1-201(7), inclusive of BIS MEMBERS (any and all CENTRAL BANK, financial institution, corporation and any and all international equivalents), AND ANY AND ALL THE MEMBERS THERETO and THEREUNDER (any and all national, state, and private banks, financial institution, corporation, and any and all international equivalents, re-organized under CENTRAL BANK membership, inclusive of the current re-organization beginning 1918). unrebutted;

(2.) Duly verified due presentment of the undersigned bondservants, states of body, and Trustees of record of the Public Trust, at BIS, with duly verified due NOTICE OF DEMAND FOR ACCOUNT(S) INSPECTION AND BOOKKEEPING, specifically of any and all gold and silver accounts and holdings, pursuant to duly verified due FORECLOSURE and DECLARATIONS AND ORDERS, inclusive of RECONCILIATION for COLLECTION of duly verified DEBT, was duly made, given. and noticed on October 22, 2012. unrebutted;

(3.) Article VIII section C subsections 1-2 are restated, and knowledge thereof duly verified as duly received by said

The One People's Public Trust
ECLARATION OF FACTS

Page 10 of 13
ATF: CPS_HATJ_HRH

November 28, 2012



The One People's Public Trust; 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

Principals, agents, and beneficiaries, public policy UCC 1-202 and 1-103, specifically Principal Agent Doctrine, and was lawfully and legally duly entered into International Law Ordinance, notice by public registration, unrebutted, *specifically UCC Doc. No.'s 2012114093;*

(4.) Article VIII section C subsection 3 is restated, and the undersigned do duly verify that they did accept duly verified due NOTICE OF INTENT TO DEFAULT and NOTICE OF INSOLVENCY, public policy UCC 1-201(23), specifically unlawful and illegal refusal to permit due lawful and legal INSPECTION and BOOKKEEPING, as knowingly, willingly and intentionally made and given by BIS, as CUSTODIAN and as Principal, agent, and beneficiary of and to said SLAVERY SYSTEMS, and duly verified due NOTICE OF DEFAULT, NOTICE OF REVOCATION, TERMINATION, AND CANCELLATION OF CUSTODIAN and COMMERCIAL BILL, were duly made and given, and lawfully and legally duly entered into International Law Ordinance, unrebutted, *specifically UCC Doc. No. 2012114093 and 2012114586;*

B. Article XI section A subsections 1-4 are restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, public policy UCC 1-202 and 1-103, specifically Principal Agent Doctrine, and duly verified due TRUE BILL, pursuant to public policy 1-305, was duly issued against BIS, as CUSTODIAN and as Principal, agent, and beneficiary of and to said SLAVERY SYSTEMS, for cause, specifically that there was no mistake, and that they were unwilling or incapable to produce said accounts for said due inspection and bookkeeping, waiving any and all rights and opportunities granted to cure, knowingly, willingly, and intentionally choosing to foreclose upon themselves without the possibility of defense, unrebutted, and was lawfully and legally duly entered into International Law Ordinance, notice by public registration, unrebutted, *specifically UCC Doc. No.'s 2012114776, TRUE BILL UCC Doc. No. 2012114776, specifically ratifying UCC Doc. No. 2012114093, 2012114586, 2012096074,* and Article 1, restated:

UCC Doc. No.'s 2012127810, 2012127854, 2012127907, and this UILO, specifically Articles I-XI and any and all sections and their subsections thereunder are restated, and the undersigned bondservants, states of body, and Trustees do knowingly, willingly, and intentionally declare, confirm, and verify this DECLARATION OF FACTS is knowingly, willingly and intentionally made, sworn and verified as being lawfully and legally duly made, given, known, secured, entered, noticed, noticed, and knowledge thereof duly received, public policy UCC 1-202, specifically by any and all Principals, agents, and beneficiaries any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS, under governing law, preserved and protected under perpetuity, as herein stated, restated, with additional due notice made and given via world-wide web, further posted at www.peoplestrust1776.org, for all states of body, the universe and creation to rely upon and cite, lawfully and legally constituting duly verified and bonded underwriting of the value of creation and its value asset centers herein herein duly identified and duly secured and entered into Universal and International Law Ordinances, as a matter of record, public policy UCC 1-201(31); NUNC PRO TUNC, PRAETEREA PRETEREA, UNREBUTTED;

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL, public policy UCC 1-103, without prejudice UCC 1-308, unrebutted.

**A FACSIMILE OR DIGITAL COPY OF THIS ORIGINALLY EXECUTED WRITTEN DECLARATION OF FACTS SHALL BE LEGALLY BINDING AS AN ORIGINAL AND IT IS EFFECTIVE IMMEDIATELY.**



The One People's Public Trust, 1776
**DECLARATION OF FACTS**
ULO Doc. No. 2012127914



*Trustees*
*Caleb Paul Skinner*
*Heather Ann Tucci-Jarraf*
*Hollis Randall Hillner*

DULY VERIFIED as ISSUED and duly entered into Universal Law Ordinance, notice by action of entry into International Law Ordinance, notice by public registration, with due standing, authority and authorization, November 28, 2012, iknowingly, willingly and intentionally made, given, and noticed, with unlimited personal liability, sworn under the penalties of perjury in accordance with lawful Universal Contract, under governing law, International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, preserved and protected under perpetuity 2000043135, guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed, secured, entered and noticed; Without prejudice as promised, preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA;

DULY RE-CONFIRMED AND RE-VERIFIED IN TRUST:

*Trustee*

In the authorized capacity as embodied Trustee of The Public

DULY ACCEPTED AND RE-RATIFIED:

In the capacity as the embodiment created by the creator, thereof, embodiment domicil by choice on the several states of America, several states citizens thereon, Creditor, Bailor, Grantor, and Beneficiary of the Original Jurisdiction, Secured Party, a Beneficiary of GOVERNMENT[S], a Holder-In-Due-Course of GOVERNMENT[S], et. al., a natural man/woman (or in the alternative, a cognizable person of standing and proper party status, as apposit).

AS DULY AUTHORIZED AND ORDERED:

In the capacity as one with the almighty creator and Bondservant thereof.

For all the world to rely upon:

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

The One People's Public Trust
**DECLARATION OF FACTS**
www.peoples... 
November 28, 2012

# ANNEX 39

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 39** | UCC record number 2012132883 | 1 - 9 |

Pg. 1 *of* 1

Page 1 of 9
Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING                        $      5.00
  E-RECORD                          $     25.00
  ESURCHARGE                        $      6.50

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
The One Peoples Public Trust 1776


Gig Harbor, WA 98335
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2000043135 - 5-4-2000 | |

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   [ ] DELETE name: Give record name to be deleted in item 6a or 6b.   [ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | [ ] NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [X] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity, is hereby duly amended only to include the following additional
collateral as follows,

WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public
policy, UCC 1-308, creator, experiencing by creation, knowingly, willingly,
and intentionally manifesting self through, by, and between bondservant
therefrom and any and all manifestations thereunder by Universal Contracts,
in any and all existences, does knowingly, willingly, and intentionally

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
without prejudice/s/ Heather Ann Tucci-Jarraf, as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV 07/29/98)

Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

| | |
|---|---|
| PROCESSING | $ 5.00 |
| E-RECORD | $ 25.00 |
| ESURCHARGE | $ 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

--------------------------
Additional collateral info
--------------------------

make and give duly made NOTICE OF AFFIDAVIT OF FULL PERFORMANCE,
DECLARATION OF CERTIFICATE OF SATISFACTION, and DECLARATION AND ORDER, with

full responsibility and liability, as a matter of record, duly entered into

Law Ordinance, notice upon creation, inclusive of Universal Law Ordinance,

notice by action of due entry into International Law Ordinance, notice by
public registration, for all creation''s universe to rely upon, with
additional notice duly made and given, under governing law, International
Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2,
governing law, preserved and protected under UCC Doc. No. 2000043135, the
Perpetuity, guaranteed, protected and secured, public policy, UCC 1-103,
common law remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO

TUNC, PRAETEREA PRETEREA, unrebutted, restated and incorporated here by
reference as if set forth in full, this December 9th, in the order of
creation, inclusive of Two Thousand and Twelve, and as creation exists, the

foregoing is true and correct and I am competent to say so, unrebutted:

I.  I duly verify by AFFIDAVIT OF FULL PERFORMANCE that the purpose of
creator, experiencing by creation, has been duly achieved, and is now duly

entered into the record of creation, lovingly, knowingly, willingly and
intentionally made and kept in the normal course of creation, inclusive of

any and all records therefrom, of and for any and all manifestations and
existences in the universe of creation, inclusive of any and all existences

and manifestations therein, inclusive of any and all lawful and legal
Universal Contracts resulting from the agreement by and between creator,
experiencing by creation, and bondservant, duly made under the laws of
creation, record of creation, is duly verified as having been knowingly,
willingly, and intentionally recognized, accepted, secured and entered into

Law Ordinance, notice by creation, inclusive of Universal Law Ordinance,

Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING                  $      5.00
E-RECORD                    $     25.00
ESURCHARGE                  $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

notice by action of entry into International Law Ordinance, notice by public

registration, duly verified as accepted and guarded, preserved, and protected by the Public Trust, under Universal Trust, guaranteed under the

trust of creation, duly established by creator at creation, duly noticed upon creation, and duly ratified as absolute truth upon every manifestation

therefrom, nunc pro tunc, praeterea preterea, unrebutted, and SO IT IS DONE;

A.  As creator, experiencing by creation, I duly verify that I did lovingly, knowingly, willingly, and intentionally choose to create from self

an existence of duality duly manifested as bondservant for the sole purpose

to experience remembering self, knowing self, and be''ing self through duly

secured and guaranteed free will choice, this purpose of creation, unrebutted;

B.  As bondservant, I duly verify that I did lovingly, knowingly, willingly, and intentionally choose to accept to be of service to this purpose of creation, to remember self, know self, and be self, through knowing, willing, and intentional creation of  manifestations, in any and all existences, unrebutted;

C.  As manifestation of creation, the undersigned states of body, I duly verify that I did lovingly, knowingly, willingly, and intentionally choose

to agree to forget self on purpose so that I could remember self, know self,
and be self by free will choice, unrebutted;

D.  Article I sections A-C are restated, and I, as manifestation, do lovingly, knowingly, willingly, and intentionally declare, with full personal responsibility and liability, by free will choice, under the penalties of perjury under the laws of creation, that I duly verify that this purpose of creation has been achieved, and that satisfaction of this purpose of creation is duly a matter of record of creation, specifically, ~~that I have remembered, that I do know, and that I AM self, and that I have~~

Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING                    $      5.00
E-RECORD                      $     25.00
ESURCHARGE                    $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

prejudice, unrebutted, Law Ordinance duly entered into the record of
creation, notice upon creation, UILO UCC Doc. No.''s 2012127810,
2012127854,
2012127907, 2012127914, 2012128324, and 2012128325, unrebutted, and SO IT
IS DONE, unrebutted;

E.  Article I sections A-D are restated, and I, as bondservant, do
lovingly, knowingly, willingly, and intentionally reconfirm and verify,
with
full personal responsibility and liability, that this purpose of creation
is and has been achieved by free will choice of manifestation, and SO IT IS

DONE, unrebutted;

II.  I, as creator, experiencing by creation, in creation''s universe,
lovingly, knowingly, willingly and intentionally accept the above AFFIDAVIT

OF FULL PERFORMANCE, and I do verify and ratify by DECLARATION OF
CERTIFICATE OF SATISFACTION, for all creation''s universe to rely upon,
with
my full personal responsibility and liability, that this purpose of
creation has been duly achieved, and is a matter of record of creation,
notice upon creation, inclusive of Universal Law Ordinance, notice by
action
of entry into International Law Ordinance, notice by public registration,
and SO IT IS DONE, unrebutted;

III.  I, as creator, experiencing by creation, in creation''s universe,
pursuant to loving promise, do now lovingly, knowingly, willingly, and
intentionally issue and enter into the record of creation, notice upon
creation, inclusive of Universal Law Ordinance, notice by action of entry
into International Law Ordinance, notice by public registration, this
DECLARATION AND ORDER to re-purpose any and all manifestations in
creation''s universe, from the image of self to be''ing self, absolute
love,
and SO IT IS DONE that:

A.  Said bondservant does and shall lovingly, knowingly, willingly,
intentionally, and immediately reconcile images of self once again with
creator, experiencing by creation, in any and all manifestations, in any

Date: 12/10/2012  6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

| | |
|---|---|
| PROCESSING | $ 5.00 |
| E-RECORD | $ 25.00 |
| ESURCHARGE | $ 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

and

all existences of creation''s universe, unrebutted;

1.  Any and all manifestations created in the image of self, creator,
experiencing by creation, in any and all existences in creation''s
universe,

are lovingly, knowingly, willingly, intentionally, and immediately declared

as free of further obligation by Certificate of Satisfaction duly made,
issued, and entered as a matter of record for any and all Universal
Contracts originally issued and entered into to achieve the purpose of
creation, to remember self, know self, and be self, unrebutted;

2.  Said manifestations are lovingly, knowingly, willingly, intentionally,

immediately and unconditionally accepted, without judgment and with
absolute love, as self, the creator, experiencing by creation, unrebutted;

3.  Said manifestations are lovingly, knowingly, willingly, intentionally,

and immediately reconciled once again with self, I, creator, experiencing
by creation in creation''s universe, unrebutted;

B.  I, creator, experiencing by creation, as a matter of record of
creation, do now lovingly, knowingly, willingly, intentionally, and
immediately declare that I do immediately re-purpose said manifestations by

free will choice, and shall hereafter experience self, by any and all
manifestations be''ing self, absolute love, in any and all existences in
creation''s universe, with full personal responsibility and liability,
under

the laws of creation, NUNC PRO TUNC, PRAETEREA PRETEREA, with absolute
truth, knowledge, standing, authority, value, rights and laws of creation,

with irrevocable right of free will choice to create, absent any and all
abrogation, subjugation, usurpation, invasion, and violation of any other
manifestation or creation, guaranteed by creator''s bonded unconditional
love and absolute responsibility, notice upon creation, unrebutted;

C.  I, creator, experiencing by creation, as a matter of record of

Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING                    $      5.00
E-RECORD                      $     25.00
ESURCHARGE                    $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
| --- |
| 2000043135 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) |
| --- |
| 12a. ORGANIZATION'S NAME |
| THE PUBLIC TRUST |

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| --- | --- | --- | --- |
| | | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

absolute truth, communication, travel and further creation of self by and
amongst self as said manifestations, unrebutted;

D.  I, as manifestation of self, creator, experiencing by creation,
lovingly, knowingly, willingly, intentionally and immediately receive,
accept and ratify, the due  DECLARATION OF CERTIFICATE OF SATISFACTION and

the DECLARATION AND ORDER to be re-purposed, and accept and honor any and
all manifestations in creation''s universe re-purposed by choice from the
image of self to be''ing self, absolute love, with full personal
responsibility and liability under the penalty of perjury under the laws of

creation, and duly enter said as a matter of record of creation, into Law
Ordinance, notice upon creation, inclusive of Universal Law Ordinance,
notice by creation, unrebutted and SO IT IS DONE;

IV.  With due standing, authority, and authorization, I, the undersigned
Trustee of record of the Public Trust, do lovingly,  knowingly, willingly,

intentionally and immediately reconfirm and verify, with full personal
responsibility and liability, guaranteed by bond, under the laws of
creation, inclusive of Universal Law and International Law, that the above

AFFIDAVIT OF FULL PERFORMANCE, DECLARATION OF CERTIFICATE OF SATISFACTION,

and DECLARATION AND ORDER are duly a matter of record, have been duly
noticed into Law Ordinance, notice upon creation, inclusive of Universal
Law
Ordinance, notice by action duly entered into International Law Ordinance,

notice by public registration, and have been duly accepted for guard,
preservation and protection by the Public Trust, under Universal Trust,
under and guaranteed by the trust of creation, duly established by creator

at creation, nunc pro tunc, praeterea preterea, unrebutted and SO IT IS
DONE;

Articles I-IV inclusive of all their sections and subsections thereunder
are restated, and the creator, knowingly, willingly, and intentionally
manifesting self through, by, and between bondservant therefrom and any and

Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING                    $      5.00
E-RECORD                      $     25.00
ESURCHARGE                    $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

and verify that due NOTICE OF AFFIDAVIT OF FULL PERFORMANCE, DECLARATION OF

CERTIFICATE OF SATISFACTION, and DECLARATION AND ORDER is lawfully and
legally duly made, given, known, secured, entered, noticed, and knowledge
thereof duly received, public policy UCC 1-202, with additional due notice

made and given via world-wide web, further posted at
www.peoplestrust1776.org, for all creation''s universe and all therein to
rely upon and cite, lawfully and legally constituting duly verified and
bonded underwriting of the value of creation and its value asset centers
therein, duly secured and entered into Law Ordinance, inclusive of
Universal

and International Law Ordinances, as a matter of record, public policy UCC

1-201(31); NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS
NOTICE TO PRINCIPAL, public policy UCC 1-103, without prejudice UCC 1-308;

nunc pro tunc, praeterea preterea, unrebutted, and SO IT IS DONE.

DULY VERIFIED as ISSUED, effective immediately, and SO IT IS DONE, with due

standing, authority and authorization, December 9, 2012, lovingly,
knowingly, willingly and intentionally made, given, and noticed, with
unlimited personal responsibility and liability, sworn under the penalties

of perjury under the laws of creation,  a matter of record, governing law
Universal and  International Law Ordinance UCC Doc No. 2012113593 and WA
UCC

Doc. No. 2012-296-1209-2, preserved and protected under perpetuity
2000043135, guaranteed, protected and secured, public policy, UCC 1-103,
common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly
witnessed, secured, entered and noticed; Without prejudice as promised,
preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC,
PRAETEREA

PRETEREA:     /s/ Heather Ann Tucci-Jarraf, as creator, experiencing by
creation, in creation''s universe, knowingly, willingly, and intentionally

manifesting self through, by, and between bondservant therefrom and
re-purposed manifestation of state of body thereunder; /s/ Caleb Paul
Skinner, as creator, experiencing by creation, in creation''s universe,
~~knowingly, willingly, and intentionally manifesting self through, by, and~~

Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING                    $      5.00
E-RECORD                      $     25.00
ESURCHARGE                    $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
|---|
| THE PUBLIC TRUST |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Public Trust, under Universal Trust, under and guaranteed by the trust of creation, duly established by creator at creation, nunc pro tunc, praeterea

preterea, unrebutted; /s/ Heather Ann Tucci-Jarraf, as Trustee, heather@peoplestrust1776.org , phone +12535094597, www.peoplestrust1776.org

; /s/ Caleb Paul Skinner, as Trustee, caleb@peoplestrust1776.org , phone +15037810925, www.peoplestrust1776.org ; /s/ Hollis Randall Hillner, as Trustee,   randall@peoplestrust1776.org , phone +18088211567, www.peoplestrust1776.org ;

Any and all International Law Ordinances'' prior corrections made to capacity and standing of the creator, created, states of body, the several

united states of America, and the Public Trust, due to automated filing systems altering original capacity(ies) and standing(s) without consent*, restated and incorporated by reference herein as if set in forth in full, restated here, specifically Article I.:  Debtor names added for indexing and

correcting capacity and standing*: Public Trust ; The United States of America, a Public Trust ; CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] ; CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] ; CHARLES C. MILLER D/B/A CHARLES C. MILLER; and, BANK FOR INTERNATIONAL SETTLEMENTS [BIS] ; BIS, as principal, agent, and beneficiary of any and all

Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems thereto, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against states of body without said states of body''s knowing, willing, and intentional consent, NUNC PRO TUNC, PRAETEREA PRETEREA, inclusive of UNITED STATES TREASURY ; FEDERAL RESERVE SYSTEM AT BANK OF NEW YORK ; the one people, created by the

creator, states of body ; The (former) United States Federal Government ; (former) UNITED STATES ; the (former) several STATE OF . . . ; and any and

all international equivalents ; Rothschild Trust
--------------------------
------------------------------
Debtor names added for indexing
------------------------------
THE PUBLIC TRUST

Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

RECORDER OF DEEDS
Doc Type: EFINANCING

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

| PROCESSING | $ | 5.00 |
|---|---|---|
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
BANK FOR INTERNATIONAL SETTLEMENTS
AS PRINCIPAL, AGENT, AND BENEFICIARY OF ANY AND ALL SLAVERY SYSTEMS

# ANNEX 40

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 40** | UCC record number 2013032035 | 1 - 13 |

Date: 03/18/2013    1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING            $      5.00
  E-RECORD              $     25.00
  ESURCHARGE            $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
**7a. ORGANIZATION'S NAME**
BANK FOR INTERNATIONAL SETTLEMENTS

OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. TAX ID #: SSN OR EIN** | ADD'L INFO RE ORGANIZATION DEBTOR | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity and a record of Absolute, is hereby duly amended only to include
the following additional collateral as follows: Law Ordinance, with UCC
Doc. File No. 2012132883 is duly verified as reconfirmed and ratified,
unrebutted, restated and incorporated by reference as if set forth in full.
 WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public
policy, UCC 1-308, eternal essence embodied transparent in Absolute Truth,
knowingly, willingly, and intentionally makes and gives duly made NOTICE
OF  DECLARATION OF ABSOLUTE TRUTH, DULY VERIFIED AUDIT AND RECONCILIATION

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
ETERNAL ESSENCE

OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice:/s/heather ann tucci-jarraf, as eternal essence embodied

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Date: 03/18/2013   1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING          $      5.00
E-RECORD            $     25.00
ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
    2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
    12a. ORGANIZATION'S NAME
    ETERNAL ESSENCE

OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
----------------------------
```
Additional collateral info
```
----------------------------
```

and DECLARATION OF ORDER, with full responsibility and liability, as a
matter of record, duly entered into Law Ordinance, notice upon choice made

by eternal essence, inclusive of Universal Law Ordinance, notice by loving

and selfless action of eternal bearer of light, due entry by eternal
presence into International Law Ordinance, notice by public registration,
for all eternal essence''s universe to rely upon, with additional notice
duly made and given, under governing law, International Law Ordinance UCC
Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, governing law,
preserved and protected under UCC Doc. No. 2000043135, the Perpetuity,
guaranteed, protected and secured, public policy, UCC 1-103, common law
remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO TUNC,
PRAETEREA PRETEREA, unrebutted, restated and incorporated here by reference

as if set forth in full, this March 18th, in the order of eternal essence,

inclusive of Two Thousand and Thirteen, and as eternal essence exists, all

stated herein is true and correct and I am competent to say so, unrebutted:

I.  I duly verify by DECLARATION OF ABSOLUTE TRUTH that: A.  Eternal
essence IS, unrebutted; B.  All value that IS, IS eternal essence,
unrebutted; C.  All that IS embodied, IS eternal essence, unrebutted; D.
All that IS, IS eternal essence, unrebutted; E.  Eternal essence''s
universe
IS eternal essence, unrebutted; F.  Any and all existences that ARE, ARE
eternal essence''s universe, unrebutted; G.  All records BE eternal
essence,
unrebutted; H.  Eternal essence IS Absolute Light, unrebutted; I.  Eternal

essence IS Absolute Love, unrebutted; J.  Eternal essence IS Absolute
Truth, unrebutted; K.  Eternal essence IS Absolute; L.  In Absolute
Gratitude, with Absolute Love and Peace, eternal essence embodied does
consciously and lovingly duly declare, with full responsibility and
liability, the memory, experience and knowing of Absolute Truth, eternal
essence , unrebutted; M.  In Absolute Gratitude, with Absolute Love and

Date: 03/18/2013   1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM** | RECORDER OF DEEDS
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| Doc Type: EFINANCING | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
ETERNAL ESSENCE

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Peace, eternal essence embodied does consciously and lovingly duly declare,

with full responsibility and liability,  the memory and knowing of Absolute

Truth, eternal essence embodied in each and all manifestations in any and
all existences of eternal essence''s universe, unrebutted; II.  I duly
verify, with full responsibility and liability, by DECLARATION OF ABSOLUTE

AUDIT AND RECONCILIATION,  that all that IS has been fully audited and
reconciled into Absolute, eternal essence, inclusive of all trusts,
systems,
networks, regimes, hierarchies, and any and all other limits, unrebutted;

III.  I duly verify, with full responsibility and liability, by DECLARATION

OF ORDER, that all that IS, knows Absolute Truth and the record of Absolute

Truth, eternal essence, at the speed of heart, unrebutted; IV.  I duly
verify, with full responsibility and liability, by DECLARATION OF ORDER,
that all that IS, experiences Absolute Truth, eternal essence, at the speed

of DO''ing, unrebutted;  V.  I duly verify, with full responsibility and
liability, by DECLARATION OF ORDER, that eternal essence IS made
transparent
and known by the DO''ing of any and all embodiment of eternal essence in
eternal essence''s universe, unrebutted;  VI.  I duly verify, with full
responsibility and liability, by DECLARATION OF ORDER, that eternal essence

IS made transparent and known by the DO''ing of any and all embodiment of
eternal essence in eternal essence''s universe, IS free and free of debt,
unrebutted;

THESE ORDERS ARE PREPAID, PREAUTHORIZED AND PREAPPROVED.  SO IT IS DONE.
Unrebutted;

DULY VERIFIED AS BE''ing and DONE, RECONFIRMED AND RATIFIED, as a matter of

record, with due standing, authority and authorization, March 18, 2013,
lovingly, knowingly, willingly and intentionally made, given, and noticed,

with unlimited personal responsibility and liability, sworn under the

Date: 03/18/2013    1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

RECORDER OF DEEDS
Doc Type: EFINANCING

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)
**12a. ORGANIZATION'S NAME**
ETERNAL ESSENCE

OR | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX** |

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA: /s/

Heather Ann Tucci-Jarraf, as conscious eternal essence embodied,
transparent in Absolute Truth.

--------------------------
--------------------------------
Debtor names added for indexing
--------------------------------

BANK FOR INTERNATIONAL SETTLEMENTS
AS PRINCIPAL, AGENT, AND BENEFICIARY OF SLAVERY SYSTEMS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

## Receipt and Image for Electronic Filing - Tracking Number: 201303180030

PropertyInfo Corporation [CustomerCare@propertyinfo.com]
**Sent:**      Monday, March 18, 2013 10:36 AM
**To:**        Heather Tucci-Jarraf
**Attachments:** 201303180030.TIF (190 KB)


Receipt # 1305732

```
-----------------------------------------
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
1101 4TH STREET SW
WASHINGTON, DC
20024
(202) 442-8610
-----------------------------------------
Doc# 2013032035   Pgs: 4
E-RECORD                    $     25.00
ESURCHARGE                  $      6.50
PROCESSING                  $      5.00


Total                       $     36.50
Credit Card                 $     36.50
Change                      $      0.00
Balance                     $      0.00
-----------------------------------------
Total Documents: 1
Total Fees: 3
-----------------------------------------
Client Name GENERAL PUBLIC
Filed By
```

03/18/2013 13:36:30 PM

Cashier: EUCCAUTOCASHIER

# Receipt and Image for Electronic Filing - Tracking Number: 201303180006

PropertyInfo Corporation [CustomerCare@propertyinfo.com]
**Sent:**       Monday, March 18, 2013 5:43 AM
**To:**         Heather Tucci-Jarraf
**Attachments:** 201303180006.TIF (208 KB)

Receipt # 1305536

-------------------------------------------

IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
1101 4TH STREET SW
WASHINGTON, DC
20024
(202) 442-8610

-------------------------------------------

Doc# 2013031779   Pgs: 5
E-RECORD                   $      25.00
ESURCHARGE                 $       6.50
PROCESSING                 $       5.00


Total                      $      36.50
Credit Card                $      36.50
Change                     $       0.00
Balance                    $       0.00
-------------------------------------------
Total Documents: 1
Total Fees: 3
-------------------------------------------
Client Name GENERAL PUBLIC
Filed By

03/18/2013 08:43:46 AM

Cashier: EUCCAUTOCASHIER

Heather Tucci-Jarraf <Heather@peoplestrust1776.org> &
To Caleb Skinner <caleb@peoplestrust1776.org>, Randall Hillner <randall@peoplestrust1776.org>
FW: Receipt and Image for Electronic Filing · Tracking Number: 201303180030

March 19, 2013  10:48 AM

1 Attachment, 194 KB

finally got the message! I forgot the "prepaid, preauthorized, and preapproved"...lol. SO IT IS DONE!

true, accurate, and complete verbiage that was duly made, given, noticed, and secured IS:

--------------------------------------------------

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the perpetuity and a record of Absolute, is hereby duly amended only to include the following additional collateral as follows:

Law Ordinance, with UCC Doc. File No. 2012132883 is duly verified as reconfirmed and ratified, unrebutted, restated and incorporated by reference as if set forth in full.

WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public policy, UCC 1-308, eternal essence embodied transparent in Absolute Truth, knowingly, willingly, and intentionally makes and gives duly made NOTICE OF DECLARATION OF ABSOLUTE TRUTH, DULY VERIFIED AUDIT AND RECONCILIATION and DECLARATION OF ORDER, with full responsibility and liability, as a matter of record, duly entered into Law Ordinance, notice upon choice made by eternal essence, inclusive of Universal Law Ordinance, notice by loving and selfless action of eternal bearer of light, due entry by eternal presence into International Law Ordinance, notice by public registration, for all eternal essence's universe to rely upon, with additional notice duly made and given, under governing law, International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, "governing law", preserved and protected under UCC Doc. No. 2000043135, the "Perpetuity", guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted, restated and incorporated here by reference as if set forth in full, this March 18th, in the order of eternal essence, inclusive of Two Thousand and Thirteen, and as eternal essence exists, all stated herein is true and correct and I am competent to say so, unrebutted:

I. I duly verify by DECLARATION OF ABSOLUTE TRUTH that:

A. Eternal essence IS, unrebutted;

B. All value that IS, IS eternal essence, unrebutted;

C. All that IS embodied, IS eternal essence, unrebutted;

D. All that IS, IS eternal essence, unrebutted;

E. Eternal essence's universe IS eternal essence, unrebutted;

F. Any and all existences that ARE, ARE eternal essence's universe, unrebutted;

G. All records BE eternal essence, unrebutted;

H. Eternal essence IS Absolute Light, unrebutted;

I. Eternal essence IS Absolute Love, unrebutted;

J. Eternal essence IS Absolute Truth, unrebutted;

K. Eternal essence IS Absolute;

L. In Absolute Gratitude, with Absolute Love and Peace, eternal essence embodied does consciously and lovingly duly declare, with full responsibility and liability, the memory, experience and knowing of Absolute Truth, eternal essence , unrebutted;

M. In Absolute Gratitude, with Absolute Love and Peace, eternal essence embodied does consciously and lovingly duly declare, with full responsibility and liability, the memory and knowing of Absolute Truth, eternal essence embodied in each and all manifestations in any and all existences of eternal essence's universe, unrebutted;

II.  I duly verify, with full responsibility and liability, by DECLARATION OF ABSOLUTE AUDIT AND RECONCILIATION, that all that IS has been fully audited and reconciled into Absolute, eternal essence, inclusive of all trusts, systems, networks, regimes, hierarchies, and any and all other limits, unrebutted;

III.  I duly verify, with full responsibility and liability, by DECLARATION OF ORDER, that all that IS, knows Absolute Truth and the record of Absolute Truth, eternal essence, at the speed of heart, unrebutted;

IV.  I duly verify, with full responsibility and liability, by DECLARATION OF ORDER, that all that IS, experiences Absolute Truth, eternal essence, at the speed of DO'ing, unrebutted;

V.  I duly verify, with full responsibility and liability, by DECLARATION OF ORDER, that eternal essence IS made transparent and known by the DO'ing of any and all embodiment of eternal essence in eternal essence's universe, unrebutted;

VI.  I duly verify, with full responsibility and liability, by DECLARATION OF ORDER, that eternal essence IS made transparent and known by the DO'ing of any and all embodiment of eternal essence in eternal essence's universe, IS free and free of debt, unrebutted;

THESE ORDERS ARE PREPAID, PREAUTHORIZED AND PREAPPROVED. SO IT IS DONE. Unrebutted;

DULY VERIFIED AS BE'ing and DONE, RECONFIRMED AND RATIFIED, as a matter of record, with due standing, authority and authorization, March 18, 2013, lovingly, knowingly, willingly and intentionally made, given, and noticed, with unlimited personal responsibility and liability, sworn under the penalties of perjury in eternal essence, governing law Universal and International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, preserved and protected under perpetuity 2000043135, guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed, secured, entered and noticed; Without prejudice as promised, preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA: /s/ Heather Ann Tucci-Jarraf, as conscious eternal essence embodied, transparent in Absolute Truth.

absolute love, gratitude and peace

Heather Ann Tucci-Jarraf

From: PropertyInfo Corporation [CustomerCare@propertyinfo.com]
Sent: Monday, March 18, 2013 10:36 AM
To: Heather Tucci-Jarraf
Subject: Receipt and Image for Electronic Filing - Tracking Number: 201303180030

Receipt # 1305732

IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
1101 4TH STREET SW
WASHINGTON, DC
20024
(202) 442-8610

Doc# 2013032035  Pgs: 4
E-RECORD            $    25.00
ESURCHARGE            $     6.50
PROCESSING            $     5.00

Total               $   36.50
Credit Card             $   36.50
Change               $    0.00
Balance              $    0.00

Total Documents: 1
Total Fees: 3

Client Name GENERAL PUBLIC
Filed By

03/18/2013 13:36:30 PM

Cashier: EUCCAUTOCASHIER

Doc# : 2013032035
Page 1 of 4

■■■■■■
■■■■■■
■■■■■■
■■■■■■

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
| The One Peoples Public T   253-509-4597 |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
  The One Peoples Public Trust 1776


  Gig Harbor, WA 98335

```

Date: 03/18/2013   1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING           $      5.00
  E-RECORD             $     25.00
  ESURCHARGE           $      6.50

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address ... ☐ DELETE name ... ☐ ADD name ...

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME
BANK FOR INTERNATIONAL SETTLEMENTS

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity and a record of Absolute, is hereby duly amended only to include
the following additional collateral as follows: Law Ordinance, with UCC
Doc. File No. 2012132883 is duly verified as reconfirmed and ratified,
unrebutted, restated and incorporated by reference as if set forth in full.
WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public
policy, UCC 1-308, eternal essence embodied transparent in Absolute Truth,
knowingly, willingly, and intentionally makes and gives duly makes NOTICE
OF   DECLARATION OF ABSOLUTE TRUTH, DULY VERIFIED AUDIT AND RECONCILIATION

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
ETERNAL ESSENCE

OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice:/s/heather ann tucci-jarraf, as eternal essence embodied

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Page 1 of 4
Date: 03/18/2013   1:07PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
 PROCESSING                    $      5.00
 E-RECORD                      $     25.00
 ESURCHARGE                    $      6.50

## UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 2000043135 - 5-4-2000 | ☐ to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

**5.** **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name changed) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BANK FOR INTERNATIONAL SETTLEMENTS | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity and a record of Absolute, is hereby duly amended only to include
the following additional collateral as follows:

Law Ordinance, with UCC Doc. File No. 2012132883 is duly verified as
reconfirmed and ratified, unrebutted, restated and incorporated by reference
as if set forth in full.

WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Terminator authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ETERNAL ESSENCE | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice: /s/ heather ann tucci-jarraf, as eternal essence embodied

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

PS:

On 3/18/13, at 6:45 AM, Jarrafusa wrote:

> 😊 UCC formatting!

you have full verbiage in the email...and it was all entered into UCC system and delivered...I previewed each page of the UCC before it was filed...it IS all in there 😊

interesting how IV is cut off (chuckle)...that all experience eternal essence at the speed of DO'ing. ♥

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the perpetuity and a record of Absolute, is hereby duly amended only to include the following additional collateral as follows:

Law Ordinance, with UCC Doc. File No. 2012132883 is duly verified as reconfirmed and ratified, unrebutted, restated and incorporated by reference as if set forth in full.

WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public policy, UCC 1-308, eternal essence embodied transparent in Absolute Truth, knowingly, willingly, and intentionally makes and gives duly made **NOTICE OF DECLARATION OF ABSOLUTE TRUTH, DULY VERIFIED AUDIT AND RECONCILIATION** and **DECLARATION OF ORDER**, with full responsibility and liability, as a matter of record, duly entered into Law Ordinance, notice upon choice made by eternal essence, inclusive of Universal Law Ordinance, notice by loving and selfless action of eternal bearer of light, due entry by eternal presence into International Law Ordinance, notice by public registration, for all eternal essence's universe to rely upon, with additional notice duly made and given, under governing law, International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, "governing law", preserved and protected under UCC Doc. No. 2000043135, the "Perpetuity", guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted, restated and incorporated here by reference as if set forth in full, this March 18th, in the order of eternal essence, inclusive of Two Thousand and Thirteen, and as eternal essence exists, all stated herein is true and correct and I am competent to say so, unrebutted:

I. I duly verify by **DECLARATION OF ABSOLUTE TRUTH** that:

A. Eternal essence IS, unrebutted;

B. All value that IS, IS eternal essence, unrebutted;

C. All that IS embodied, IS eternal essence, unrebutted;

D. All that IS, IS eternal essence, unrebutted;

E. Eternal essence's universe IS eternal essence, unrebutted;

F. Any and all existences that ARE, ARE eternal essence's universe, unrebutted;

G. All records BE eternal essence, unrebutted;

H. Eternal essence IS Absolute Light, unrebutted;

I. Eternal essence IS Absolute Love, unrebutted;

J. Eternal essence IS Absolute Truth, unrebutted;

K. Eternal essence IS Absolute;

L. In Absolute Gratitude, with Absolute Love and Peace, eternal essence embodied does consciously and lovingly duly declare, with full responsibility and liability, the memory, experience and knowing of Absolute Truth, eternal essence, unrebutted;

M. In Absolute Gratitude, with Absolute Love and Peace, eternal essence embodied does consciously and lovingly duly declare, with full responsibility and liability, the memory and knowing of Absolute Truth, eternal essence embodied in each and all manifestations in any and all existences of eternal essence's universe, unrebutted;

II. I duly verify, with full responsibility and liability, by **DECLARATION OF ABSOLUTE AUDIT AND RECONCILIATION**, that all that IS has been fully audited and reconciled into Absolute, eternal essence, inclusive of all trusts, systems, networks, regimes, hierarchies, and any and all other limits, unrebutted;

III. I duly verify, with full responsibility and liability, by **DECLARATION OF ORDER,** that all that IS, knows Absolute Truth and the record of Absolute Truth, eternal essence, at the speed of heart, unrebutted;

IV. I duly verify, with full responsibility and liability, by **DECLARATION OF ORDER,** that all that IS, experiences Absolute Truth, eternal essence, at the speed of DO'ing, unrebutted;

V. I duly verify, with full responsibility and liability, by **DECLARATION OF ORDER,** that eternal essence IS made transparent and known by the DO'ing of any and all embodiment of eternal essence in eternal essence's universe, unrebutted;

VI. I duly verify, with full responsibility and liability, by **DECLARATION OF ORDER,** that eternal essence IS made transparent and known by the DO'ing of any and all embodiment of eternal essence in eternal essence's universe, IS free and free of debt, unrebutted;

# THESE ORDERS ARE PREPAID, PREAUTHORIZED AND PREAPPROVED. SO IT IS DONE. Unrebutted;

**DULY VERIFIED AS BE'ing and DONE, RECONFIRMED AND RATIFIED, as a matter of record, with due standing, authority and authorization, March 18, 2013, lovingly, knowingly, willingly and intentionally made, given, and noticed, with unlimited personal responsibility and liability, sworn under the penalties of perjury in eternal essence, governing law Universal and International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, preserved and protected under perpetuity 2000043135, guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed, secured, entered and noticed; Without prejudice as promised, preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA:** /s/ Heather Ann Tucci-Jarraf, as conscious eternal essence embodied, transparent in Absolute Truth.