UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 17-531 (DAR) |
| ) | |
| HEATHER TUCCI-JARRAF ) | |
| ) | |
| Defendant.  ) | |

## NOTICE OF FILING

The Defendant, through counsel, Assistant Federal Defender David W. Bos, hereby files the attached materials in connection with the Identity Hearing held on August 4, 2017.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

DAVID W. BOS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500