UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. : 1:17-mj-00531-DAR

Magistrate Judge Deborah .A. Robinson

ORIGINAL DUE DECLARATION
OF ADDENDUM OF LAW,
PRESUMPTION, AND PERPETUITY;
CANCELLATION OF ORDER FOR
COMMITMENT TO ANOTHER DISTRICT

DUE CANCELLATION OF ORDER FOR COMMITMENT TO ANOTHER DISTRICT, with file date of Aug 4 2017, and IDENTIFIERS OF CASE NO.: 17-531M, NO.: 3:17-CR-82, and CASE No.: 3:17-cr-00082-TAV-CCS, for due cause, specifically and particularly, inclusive of, ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION, AND PERPETUITY, nunc pro tunc, praeterea preterea:

| | | |
|---|---|---|
| Annex 1 | ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST | 1; |
| Annex 2 | ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY | 1 – 5; |
| Annex 3 | The Perpetuity, UCC record number 2000043135, with receipt number 36090, inclusive of record numbers 2011055259, 2011055260 and 2011125781 | 1 – 12; |
| Annex 4 | UCC record number 2012049126 | 1 – 2; |
| Annex 5 | UCC record number 2012012675 | 1 – 2; |
| Annex 6 | UCC record number 2012025545 | 1 – 2; |
| Annex 7 | UCC record number 2012-125-1787-8 | 1 – 16; |
| Annex 8 | UCC record number 2012012555 | 1 – 2; |

| | | |
|---|---|---|
| Annex 9 | UCC record number 2012028312 | 1 – 2; |
| Annex 10 | UCC record number 2012012659 | 1 – 2; |
| Annex 11 | UCC record number 2012028311 | 1 – 2; |
| Annex 12 | UCC record number 2012028314 | 1 – 2; |
| Annex 13 | UCC record number 2012079290 | 1 – 6; |
| Annex 14 | UCC record number 2012079322 | 1 – 5; |
| Annex 15 | UCC record number 2012094308 | 1 – 7; |
| Annex 16 | UCC record number 2012094309 | 1 – 7; |
| Annex 17 | UCC record number 2012113593 | 1 – 7; |
| Annex 18 | UCC record number 2012127914 | 1 – 6; |
| Annex 19 | UCC record number 2012127907 | 1 – 8; |
| Annex 20 | UCC record number 2012127854 | 1 – 7; |
| Annex 21 | The Paradigm Report | 1 – 16; |
| Annex 22 | UCC record number 2012012555 | 1 – 2; |
| Annex 23 | UCC record number 2012028312 | 1 – 2; |
| Annex 24 | UCC record number 2012012659 | 1 – 2; |
| Annex 25 | UCC record number 2012028311 | 1 – 2; |
| Annex 26 | UCC record number 2012028314 | 1 – 2; |

| | | |
|---|---|---|
| Annex 27 | UCC record number 2012083304 | 1 – 8; |
| Annex 28 | UCC record number 2012086794 | 1 – 10; |
| Annex 29 | UCC record number 2012086802 | 1 – 6; |
| Annex 30 | UCC record number 2012088865 | 1 – 6; |
| Annex 31 | UCC record number 2012088851 | 1 – 9; |
| Annex 32 | UCC record number 2012094309 | 1 – 6; |
| Annex 33 | UCC record number 2012096074 | 1 – 7; |
| Annex 34 | UCC record number 2012113593 | 1 – 7; |
| Annex 35 | UCC record number 2012114093 | 1 – 7; |
| Annex 36 | UCC record number 2012114586 | 1 – 7; |
| Annex 37 | UCC record number 2012114776 | 1 – 5; |
| Annex 38 | DECLARATION OF FACTS | 1 – 12; |
| Annex 39 | UCC record number 2012132883 | 1 – 9; |
| Annex 40 | UCC record number 2013032035 | 1 – 13; |

Each said record herein duly identified, restated in entirety, and incorporated by reference as if set forth in full;
All said records in totality, "the Perpetuity";
The Perpetuity, nunc pro tunc, praeterea preterea.

Duly made and issued with standing due rejection, without dishonor, of any and all attempts to offer, contract, agree, presume, or any other action, and non action, that may be made to compel Original to issue consent for ORDER FOR COMMITMENT TO ANOTHER DISTRICT to issue for HEATHER ANN TUCCI-JARRAF, idem sonans, nunc pro tunc, praeterea preterea.

By and with the due power of all I AM, without prejudice, nunc pro tunc, praeterea preterea, in perpetuity, this ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION, AND PERPETUITY, is duly made, issued, confirmed, verified, secured, reconfirmed, ratified and noticed, and it is true, accurate, and complete, for all to rely upon.

Original, Heather Ann Tucci-Jarraf

*[signature]*